NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Robert D. Thorne *et al.*, | Case No. 2:19-cv-01982-JCM-EJY |
| Plaintiff, | **Stipulation to Extend Time to Respond to Motion for Preliminary Injunction** |
| v. | |
| U.S. Department of State, *et al.*, | |
| Defendant. | |

Plaintiffs filed their complaint on November 13, 2019. ECF No. 1. That same day, Plaintiffs filed a Motion for Preliminary Injunction. ECF No. 2. Defendants calculate that Defendants' response to the Motion for Preliminary Injunction is due November 27, 2019.

//

//

//

//

//

00633519.1

The parties have discussed the timing of this response and agree that Defendants shall have until Friday, December 6, 2019, to respond to Plaintiffs' Motion. This extension is entered into in good faith and for the convenience of the parties.

| | |
|---|---|
| PISANELLI BICE, PLLC | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Jordan T. Smith*<br>JORDAN T. SMITH<br>400 South 7th Street<br>Las Vegas, NV 89101 | /s/ *Troy K. Flake*<br>TROY K. FLAKE<br>Assistant United States Attorney |
| *Attorney for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** November 20, 2019