JORDAN T. SMITH (Nevada Bar No. 12097)
jts@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: 702.214.2100 / Fax: 702.214.2101

MATTHEW A. GOLDSTEIN (Admitted Pro Hac Vice)
mgoldstein@farhangmedcoff.com
ROBERT A. BERNHEIM (Admitted Pro Hac Vice)
rbernheim@farhangmedcoff.com
FARHANG & MEDCOFF PLLC
4801 E. Broadway Boulevard, Suite 311
Tucson, AZ 85711
Tel: 520.214.2000 / Fax: 520.214.2001

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. THORNE, JR.; BARBARA J. DENYSSCHEN; DAVE SHEER GUNS; DIPLOPOINT; SOUTHERN ARMS; PRETORIA ARMS PTY LTD; and G AND D GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of U.S. Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Bureau of Political Military Affairs, U.S. Department of State; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary for Defense Trade Controls, Bureau of Political Military Affairs, U.S. Department of State,<br><br>Defendants. | Case No. 2:19-cv-01982-JCM-EJY<br><br>**INDEX TO EXHIBITS TO REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

///

**EXHIBIT INDEX**

| Exhibit No. | Description |
|---|---|
| 1 | DDTC Penalties – Web |
| 2 | Affidavit of Gareth Denysschen |
| 3 | Personal Reference |
| 4 | Affidavit of Tony Jason Harmse |
| 5 | DDTC Blue Lantern - Web |
| 6 | Supplemental Affidavit of Barbara Denysschen |
| 7 | Supplemental Affidavit of Robert D. Thorn Jr. |

DATED this 13th day of December 2019.

FARHANG & MEDCOFF

By: */s/ Matthew A. Goldstein*
Matthew A. Goldstein
Robert A. Bernheim

PISANELLI BICE PLLC
Jordan T. Smith

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, I electronically filed and served the foregoing brief with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*/s/ Matthew A. Goldstein*
Attorney for Plaintiffs