# **EXHIBIT 1**

An official website of the United States government
Here's how you know

**U.S. DEPARTMENT OF STATE**

Directorate of Defense Trade Controls

MENU

Home    Maintain Compliance    DDTC Compliance Actions

# DDTC Compliance Actions

# DDTC Compliance Actions

## Violations

ITAR violations may result in civil and/or criminal penalties, which can include both fines and debarment (legal exclusion from transactions subject to the ITAR). The Directorate of Defense Trade Controls is responsible for civil enforcement of the regulations, while the Department of Justice handles criminal matters.

ITAR violations can have other consequences as well, including the denial/revocation of licenses and other export authorizations, compliance oversight, and the loss of business opportunities.

Alleged civil violations of the ITAR are often resolved through a consent agreement between the alleged violator and the Department. Consent agreements often include a monitoring component, remedial steps, and a monetary penalty, and can run for several years.

## Penalties

### Civil

Pursuant ITAR §128

- $1 million+ per violation
- Debarment
- Generally settled through a negotiated Consent Agreement

### Criminal

Pursuant to AECA 22 U.S.C. 2778(c)

- $1 million, or up to 20 years' imprisonment
- Debarment

## What is a Consent Agreement

- Agreement that includes a monetary penalty and/or enforceable conditions, such as:
  - Review, audit, and reporting requirements
  - Compliance program improvements
  - Debarment if applicable
  - Appointment of a Special Compliance Official
  - Monitoring by DTCC
- Typically runs 3-4 years

View current and past agreements

Provide Feedback

Contact    Commercial    Privacy    Copyright

| DDTC State.gov | Affiliations PM Bureau | Notice State Department Daily Press Briefing | Information Other State Department News |
|---|---|---|---|

 **Directorate of Defense Trade Controls**