# EXHIBIT 2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. THORNE, JR.; BARBARA J. DENYSSCHEN; DAVE SHEER GUNS; DIPLOPOINT; SOUTHERN ARMS; PRETORIA ARMS PTY LTD; and G AND D GROUP,<br><br>              Plaintiffs,<br>    vs.<br><br>U.S. DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of U.S. Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Bureau of Political Military Affairs, U.S. Department of State; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary for Defense Trade Controls, Bureau of Political Military Affairs, U.S. Department of State,<br><br>              Defendants. | Case No. 2:19-cv-01982-JCM-EJY<br><br>**AFFIDAVIT OF GARETH ANTHONY DENYSSCHEN** |

PROVINCE OF GAUTENG    )
                             )
CITY OF JOHANNESBURG    )

    I, Gareth Anthony Denysschen, declare as follows:

    1.    I manage Dave Sheer Guns, Diplopoint, Southern Arms, Pretoria Arms Pty Ltd, and G and D Group (collectively, the "Dave Sheer entities").

    2.    The Dave Sheer entities are legally organized South African private companies.

    3.    My wife and children own all beneficial interest in the Dave Sheer entities.

4.      The Government of South Africa has issued licenses to multiple Dave Sheer entities to import and sell firearms. Copies of South African firearms licenses are attached.

5.      I have never been convicted of any criminal offense. A copy of a certificate from the Government of South Africa Police attesting to same is attached.

6.      The Dave Sheer entities have spent over $130,000 for firearms and firearm parts that are now stored inside the United States (the "inventory"). Copies of invoices for the inventory are attached.

7.      The Government's debarment of the Dave Sheer entities from ITAR-controlled transactions prevents transfer of title in the inventory to the Dave Sheer entities.

8.      The Dave Sheer entities cannot return or resell the inventory without suffering a significant loss.


FURTHER AFFIANT SAYETH NOT.

DATED this _12th__ day of December 2019.


_____

Gareth Anthony Denysschen

# SOUTH AFRICAN FIREARMS LICENSES

SAPS 272(b)
SAPD 272(b)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO TRADE
## LISENSIE OM HANDEL TE DRYF
Section 34 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 34 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person:**
**Regspersoon:**

Registered name
Geregistreerde naam

| DAVE SHEER GUNSMITHING & FIREARMS EXCHANGE |
| --- |

To deal in
Om handel te dryf in

| RENEWAL: TRADE IN FIREARMS AND/OR AMMUNITION |
| --- |

on the premises at the
following address
op die perseel by die
volgende adres:

| 95 FORREST ROAD
BRAMLEY |
| --- |

Type of safe or strongroom
Soort kluis of brandkamer

| CATEGORY II TYPE VAULT |
| --- |

Responsible person
Verantwoordelike persoon

| M DORIA |
| --- |

Identity number
Identiteitsnommer

Competency certificate type
Soort bevoegdheidsertifikaat

| COMPETENCY TO TRADE IN FIREARMS AND/OR AMMUNITION |
| --- |

Competency certificate number
Nommer van bevoegdheid-
sertifikaat

| C | 7 | 4 | 0 | 5 | 8 | 4 | 6 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Dealer's licence number
Lisensienommer van
handelaar

| 2749 |
| --- |

..................................COL
P N SIKHAKHANE
f/THE REGISTRAR
n/DIE REGISTRATEUR

**STANDARD CONDITIONS:**

The following conditions are imposed in respect of this licence -

(a)   a dealer intending to transfer a prohibited firearm or device referred to in section 4 of the Act, must lodge with the Registrar an application that complies with regulation 13, insofar as is applicable, accompanied by a relevant permit issued by the National Conventional Arms Control Committee established under the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002);

(b)   a dealer may transfer a prohibited firearm and device referred to in section 4 of the Act only after acquiring a written conformation from the Registrar that a holder of a licence as provided for in sections 17, 18(5), 19 and 20(1)(b) had been issued with a licence to possess that prohibited firearm;

(c)   during any period when the licensed premises are closed for business purposes all firearms and ammunition which are on the premises must be locked in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(d)   during any period when the premises specified in the licence is open for purposes to trade in firearms or ammunition, firearms and ammunition may only be displayed if the firearms are -

    (i)   unloaded; and

    (ii)   in the case of handguns, locked in a display counter or display cabinet that prevents the unauthorised access to the handguns displayed therein;

    (iii)   in the case of firearms, excluding handguns and firearms displayed as prescribed in subparagraph (ii) -

        (aa)   rendered inoperable by means of a secure locking device; or

        (bb)   securely attached with a metal attachment to a non-portable structure in such a manner that it cannot readily be removed; and

    (iv)   not displayed with ammunition that can be discharged from it;

(e)   during any period when the licensed premises are open for business or any other purpose, firearms and ammunition which are not displayed must be kept in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(f)   a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm unless the dealer is physically in possession of the firearm when recording such details;

(g)   a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm coincident in another application for a licence to possess that firearm;

(h)   only natural persons whose particulars are recorded in the prescribed register as contemplated in regulation 37(4), may trade in firearms or ammunition on behalf of the dealer;

(i)   the persons whose particulars appear on the licence or in the prescribed register as contemplated in subregulation 37(4) must ensure that -

    (i)   during business hours proper control is, at all times, exercised over all the firearms and ammunition;

    (ii)   the prescribed registers are properly maintained; and

    (iii)   every reasonable precaution is taken against the loss or theft of the firearms and ammunition;

(j)   the firearms and ammunition that are possessed on the authority of a dealer's licence may only be transported by a person whose particulars appears on the licence or in the register prescribed in regulation 37(4) or by the holder of a firearm transporter's permit and such transport must comply with the requirements of regulation 68(1)(a) to (c);

(k)   the dealer must verify that the particulars of a firearm and ammunition recorded on a form and register dealt with by the dealer, are correct;

(l)   firearms and ammunition may only be test-fired or fired for demonstration purposes at an accredited shooting range by a person holding a competency certificate;

(m)   the dealer and all persons employed by the dealer must be conversant with the provisions of the Act, the regulations issued in terms of the Act and any amendments thereto;

(n)   a dealer may not at any time display or exhibit any firearm and ammunition in any showcase or show-window which directly goes out on or overlooks any public street, road, throughway or public place whereto the general public has access, or permit it to be so displayed or exhibited or cause it to be so displayed or exhibited;

(o)   the dealers' licence may not be transferred; and

(p)   a dealer's licence does not authorise the collection of firearms or ammunition as a private or public collection.

**STANDAARDVOORWAARDES:**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgelê -

(a)   'n handelaar wat beplan om 'n verbode vuurwapen of toestel waarna verwys word in artikel 4 van die Wet oor te dra, moet 'n aansoek wat voldoen aan regulasie 13 by die Registrateur indien insoverre dit van toepassing mag wees vergesel van 'n relevante permit wat uitgereik is deur die Nasionale Komitee vir die Beheer oor Konvensionele Krygstuig wat gevestig is kragtens die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002);

(b)   'n handelaar kan net 'n verbode vuurwapen en toestel waarna verwys word in artikel 4 van die Wet oordra nadat skriftelike bevestiging verkry is van die Registrateur dat 'n lisensie vir die besit van die verbode vuurwapen uitgereik is aan 'n houer van 'n lisensie soos dit voorsien word in artikel 17, 18(5), 19 en 20(1)(b);

(c)   gedurende enige tydperk waartydens die gelisensieerde perseel gesluit is vir besigheidsdoeleindes, moet alle vuurwapens en ammunisie op die perseel toegesluit wees in 'n instapkluis of kluis vir die veilige bewaring van die vuurwapens, soos dit omskryf is in die betrokke lisensie;

(d)   gedurende enige tydperk waartydens die perseel wat in die lisensie omskryf word oop is vir besigheidsdoeleindes, om handel te dryf in vuurwapens of ammunisie, mag die vuurwapens en ammunisie net uitgestal word as die vuurwapens -

   (i)   nie gelaai is nie; en

   (ii)   in geval van handwapens, toegesluit is in 'n uitstalkabinet of uitstaleenheid wat verhoed dat ongemagtigde toegang verkry word tot die handwapens wat so uitgestal word;

   (iii)   in geval van vuurwapens, uitsluitende handwapens en vuurwapens wat uitgestal word soos voorgeskryf in paragraaf (ii) -

      (aa)   moet dit onbruikbaar gemaak word met behulp van 'n veilige sluittoestel; of

      (bb)   moet dit veilig geheg word met behulp van 'n metaalpasstuk aan 'n nie-draagbare struktuur, op so 'n wyse dat dit nie geredelik verwyder kan word nie; en

   (iv)   moet dit nie uitgestal word met ammunisie wat daaruit gevuur kan word nie.

(e)   gedurende enige tydperk wanneer die gelisensieerde perseel oop is vir besigheid of enige ander doel, moet vuurwapens en ammunisie wat nie uitgestal word nie, in 'n instapkluis of kluis gehou word vir die veilige bewaring van vuurwapens soos dit omskryf is in die betrokke lisensie;

(f)   'n handelaar kan nie die besonderhede van 'n vuurwapen op die toepaslike deel van 'n betrokke aansoek om 'n lisensie vir die besit van daardie vuurwapen invul tensy die handelaar fisies die vuurwapen in sy of haar besit het wanneer sodanige besonderhede aangeteken word nie;

(g)   'n handelaar mag nie die besonderhede van 'n vuurwapen invul in die toepaslike deel van 'n aansoek om 'n lisensie om daardie vuurwapen te besit op 'n aansoek wat gelyktydig ingedien word vir 'n ander lisensie om daardie vuurwapen te besit nie;

(h)   net natuurlike persone wie se besonderhede aangeteken is in die voorgeskrewe register wat beoog word in regulasie 37(4) kan namens die handelaar handel dryf in vuurwapens of ammunisie;

(h)   die persone wie se besonderhede op die lisensie of in die voorgeskrewe register aangebring is soos beoog in regulasie 37(4) moet seker maak dat -

      (i)   behoorlike beheer te alle tye gedurende besigheidsure uitgeoefen word oor al die vuurwapens en ammunisie;

      (ii)   die voorgeskrewe registers behoorlik in stand gehou word; en

      (iii)   elke redelike voorsorgmaatreël tref teen verlies of diefstal van die vuurwapens en ammunisie;

(j)   die vuurwapens en ammunisie wat op gesag van 'n handelaarslisensie gehou word mag net vervoer word deur 'n persoon wie se besonderhede op die lisensie verskyn of aangebring is in die register wat voorgeskryf word kragtens regulasie 37(4), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)   die handelaar moet bevestig dat die besonderhede van 'n vuurwapen en ammunisie wat aangeteken is op 'n vorm en in die register wat deur die handelaar hanteer word, korrek is;

(l)   vuurwapens en ammunisie mag net getoetsvuur of vir demonstrasie doeleindes afgevuur word by 'n geakkrediteerde skietbaan deur 'n persoon aan wie 'n bevoegdheidsertifikaat uitgereik is;

(m)   die handelaar en alle persone in diens van die handelaar moet vertroud wees met die voorwaardes van die Wet, die regulasies wat gepromulgeer is kragtens die Wet en enige wysigings daartoe;

(n)   'n handelaar mag nooit enige vuurwapen of ammunisie in enige vertoonkas of vertoonvenster uitstal of vertoon indien die vertoonkas of -venster direk uitkyk op of grens aan enige openbare straat, pad, deurgang of openbare plek waartoe die algemene publiek toegang het nie en ook nie toelaat dat dit so vertoon of uitgestal word nie;

(o)     die handelaarslisensie kan nie oorgedra word nie; en

(p)     'n handelaarslisensie magtig nie die versameling van vuurwapens of ammunisie as 'n privaat- of openbare versameling nie.

Additional conditions
Bykomende voorwaardes

NONE

Date of issue
Datum van uitreiking

| 2 | 0 | 1 | 9 | - | 0 | 4 | - | 2 | 9 |
|---|---|---|---|---|---|---|---|---|---|

Expiry date
Vervaldatum

| 2 | 0 | 2 | 0 | - | 0 | 4 | - | 2 | 8 |
|---|---|---|---|---|---|---|---|---|---|

SUID-AFRIKAANSE POLISIEDIENS
AMPTELIKE DATUMSTEMPEL
VUURWAPENREGISTER

2019 -04- 29

PRETORIA
FIRE-ARM REGISTER
SOUTH AFRICAN POLICE SERVICE

f/THE REGISTRAR
n/DIE REGISTRATEUR ........COL

P.N SIKHAKHANE                    P.N SIKHAKHANE ........COL

Name in block letters            Rank
Naam in drukskrif                Rang

Persal number
Persal-nommer

Print   Page Setup...

SAPS 524(a)
SAPD 524(a)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## ACCREDITATION CERTIFICATE
## AKKREDITERINGSERTIFIKAAT

Section 8 of the Firearms Control Act,2000 (Act No 60 of 2000)
Artikel 8 van die Wet op Beheer van Vuurwapens,2000 (Wet No 60 van 2000)

Juristic person:
Regspersoon:

Registered name | AFRICAN AMMUNITION AND FIREARMS EXCHANGE CC
Geregistreerde naam

Business address | FOREST ROAD BRAML 2106
Besigheidsadres

Responsible person | TJ HARMSE
Verantwoordelike persoon

Identification number
Identiteitsnommer

It is hereby certified that the Registrar accredited the above party for the following purposes:
Hiermee word dit gesertifiseer dat die Registrateur die bogenoemde party vir die volgende doeleindes geakkrediteer het:

Type of accreditation | IN RANGE
Tipe akkreditasie

Registration number | 3800029
Registrasienommer

f/THE REGISTRAR
n/DIE REGISTRATEUR                            LS SEMONO

1/2

SAPS 524(a)
SAPD 524(a)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## ACCREDITATION CERTIFICATE
## AKKREDITERINGSERTIFIKAAT

Section 8 of the Firearms Control Act 2000 (Act No 60 of 2000)
Artikel 8 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

Juristic person:
Regspersoon:

Registered name
Geregistreerde naam

Business address
Besigheidsadres                 OREST... AD ...AML   2106

Responsible person
Verantwoordelike                TJ HAR...E

Identification number
Identiteitsnommer               ████████████████

It is hereby certified ... ...strar accredited the above party for the follo... ...

Hiermee word di... ... ... ... ...e Registrateur di... bogenoemde party ... ... ...e doeleindes geakkrediteer het:

Type of accreditation
Tipe akkreditasie

Registration number
Registrasienommer               40...

f/THE REGISTRAR
n/DIE REGISTRATEUR                                        ... ... COL

LS SEMONO

SAPS 272(b)
SAPD 272(b)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO TRADE
## LISENSIE OM HANDEL TE DRYF
Section 34 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 34 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person:**
**Regspersoon:**

Registered name
Geregistreerde naam

DIPLOPOINT (PTY)LTD

To deal in
Om handel te dryf in

RENEWAL: TRADE IN FIREARMS AND/OR AMMUNITION

on the premises at the
following address
op die perseel by die
volgende adres:

95 FORREST ROAD
BRAMLEY
JOHANNESBURG

Type of safe or strongroom
Soort kluis of brandkamer

CATEGORY II TYPE SAFE

Responsible person
Verantwoordelike persoon

P KOSTA

Identity number
Identiteitsnommer

Competency certificate type
Soort bevoegdheidsertifikaat

COMPETENCY TO TRADE IN FIREARMS AND/OR AMMUNITION

Competency certificate number
Nommer van bevoegdheid-
sertifikaat

| C | 7 | 4 | 8 | 7 | 4 | 2 | 3 | | | | | |

Dealer's licence number
Lisensienommer van
handelaar

100465

**P.N SIKHAKHANE**

f/THE REGISTRAR
n/DIE REGISTRATEUR

**STANDARD CONDITIONS:**

The following conditions are imposed in respect of this licence -

(a)    a dealer intending to transfer a prohibited firearm or device referred to in section 4 of the Act, must lodge with the Registrar an application that complies with regulation 13, insofar as is applicable, accompanied by a relevant permit issued by the National Conventional Arms Control Committee established under the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002);

(b)    a dealer may transfer a prohibited firearm and device referred to in section 4 of the Act only after acquiring a written conformation from the Registrar that a holder of a licence as provided for in sections 17, 18(5), 19 and 20(1)(b) had been issued with a licence to possess that prohibited firearm;

(c)    during any period when the licensed premises are closed for business purposes all firearms and ammunition which are on the premises must be locked in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(d)    during any period when the premises specified in the licence is open for purposes to trade in firearms or ammunition, firearms and ammunition may only be displayed if the firearms are -

        (i)    unloaded; and

        (ii)    in the case of handguns, locked in a display counter or display cabinet that prevents the unauthorised access to the handguns displayed therein;

        (iii)    in the case of firearms, excluding handguns and firearms displayed as prescribed in subparagraph (ii) -

            (aa)    rendered inoperable by means of a secure locking device; or

            (bb)    securely attached with a metal attachment to a non-portable structure in such a manner that it cannot readily be removed; and

        (iv)    not displayed with ammunition that can be discharged from it;

(e)    during any period when the licensed premises are open for business or any other purpose, firearms and ammunition which are not displayed must be kept in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(f)    a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm unless the dealer is physically in possession of the firearm when recording such details;

(g)    a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm coincident in another application for a licence to possess that firearm;

(h)    only natural persons whose particulars are recorded in the prescribed register as contemplated in regulation 37(4), may trade in firearms or ammunition on behalf of the dealer;

(i)    the persons whose particulars appear on the licence or in the prescribed register as contemplated in subregulation 37(4) must ensure that -

        (i)    during business hours proper control is, at all times, exercised over all the firearms and ammunition;

        (ii)    the prescribed registers are properly maintained; and

        (iii)    every reasonable precaution is taken against the loss or theft of the firearms and ammunition;

(j)    the firearms and ammunition that are possessed on the authority of a dealer's licence may only be transported by a person whose particulars appears on the licence or in the register prescribed in regulation 37(4) or by the holder of a firearm transporter's permit and such transport must comply with the requirements of regulation 68(1)(a) to (c);

(k)    the dealer must verify that the particulars of a firearm and ammunition recorded on a form and register dealt with by the dealer, are correct;

(l)    firearms and ammunition may only be test-fired or fired for demonstration purposes at an accredited shooting range by a person holding a competency certificate;

(m)    the dealer and all persons employed by the dealer must be conversant with the provisions of the Act, the regulations issued in terms of the Act and any amendments thereto;

(n)    a dealer may not at any time display or exhibit any firearm and ammunition in any showcase or show-window which directly goes out on or overlooks any public street, road, throughway or public place whereto the general public has access, or permit it to be so displayed or exhibited or cause it to be so displayed or exhibited;

(o)    the dealers' licence may not be transferred; and

(p)    a dealer's licence does not authorise the collection of firearms or ammunition as a private or public collection.

**STANDAARDVOORWAARDES:**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgelê -

(a)     'n handelaar wat beplan om in 'n verbode vuurwapen of toestel waarna verwys word in artikel 4 van die Wet oor te dra, moet 'n aansoek wat voldoen aan regulasie 13 by die Registrateur indien insoverre dit van toepassing mag wees vergesel van 'n relevante permit wat uitgereik is deur die Nasionale Komitee vir die Beheer oor Konvensionele Krygstuig wat gevestig is kragtens die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002);

(b)     'n handelaar kan net 'n verbode vuurwapen en toestel waarna verwys word in artikel 4 van die Wet oordra nadat skriftelike bevestiging verkry is van die Registrateur dat 'n lisensie vir die besit van die verbode vuurwapen uitgereik is aan 'n houer van 'n lisensie soos dit voorsien word in artikel 17, 18(5), 19 en 20(1)(b);

(c)     gedurende enige tydperk waartydens die gelisensieerde perseel gesluit is vir besigheidsdoeleindes, moet alle vuurwapens en ammunisie op die perseel toegesluit wees in 'n instapkluis of kluis vir die veilige bewaring van die vuurwapens, soos dit omskryf is in die betrokke lisensie;

(d)     gedurende enige tydperk waartydens die perseel wat in die lisensie omskryf word oop is vir besigheidsdoeleindes, om handel te dryf in vuurwapens of ammunisie, mag die vuurwapens en ammunisie net uitgestal word as die vuurwapens -

        (i)      nie gelaai is nie; en

        (ii)     in geval van handwapens, toegesluit is in 'n uitstalkabinet of uitstaleenheid wat verhoed dat ongemagtigde toegang verkry word tot die handwapens wat so uitgestal word;

        (iii)    in geval van vuurwapens, uitsluitende handwapens en vuurwapens wat uitgestal word soos voorgeskryf in paragraaf (ii) -

                 (aa)    moet dit onbruikbaar gemaak word met behulp van 'n veilige sluittoestel; of

                 (bb)    moet dit veilig geheg word met behulp van 'n metaalpasstuk aan 'n nie-draagbare struktuur, op so 'n wyse dat dit nie geredelik verwyder kan word nie; en

        (iv)     moet dit nie uitgestal word met ammunisie wat daaruit gevuur kan word nie.

(e)     gedurende enige tydperk wanneer die gelisensieerde perseel oop is vir besigheid of enige ander doel, moet vuurwapens en ammunisie wat nie uitgestal word nie, in 'n instapkluis of kluis gehou word vir die veilige bewaring van vuurwapens soos dit omskryf is in die betrokke lisensie;

(f)     'n handelaar kan nie die besonderhede van 'n vuurwapen op die toepaslike deel van 'n betrokke aansoek om 'n lisensie vir die besit van daardie vuurwapen invul tensy die handelaar fisies die vuurwapen in sy of haar besit het wanneer sodanige besonderhede aangeteken word nie;

(g)     'n handelaar mag nie die besonderhede van 'n vuurwapen invul in die toepaslike deel van 'n aansoek om 'n lisensie om daardie vuurwapen te besit op 'n aansoek wat gelyktydig ingedien word vir 'n ander lisensie om daardie vuurwapen te besit nie;

(h)     net natuurlike persone wie se besonderhede aangeteken is in die voorgeskrewe register wat beoog word in regulasie 37(4) kan namens die handelaar handel dryf in vuurwapens of ammunisie;

(h)     die persone wie se besonderhede op die lisensie of in die voorgeskrewe register aangebring is soos beoog in regulasie 37(4) moet seker maak dat -

                 (i)      behoorlike beheer te alle tye gedurende besigheidsure uitgeoefen word oor al die vuurwapens en ammunisie;

                 (ii)     die voorgeskrewe registers behoorlik in stand gehou word; en

                 (iii)    elke redelike voorsorgmaatreël tref teen verlies of diefstal van die vuurwapens en ammunisie;

(j)     die vuurwapens en ammunisie wat op gesag van 'n handelaarslisensie gehou word mag net vervoer word deur 'n persoon wie se besonderhede op die lisensie verskyn of aangebring is in die register wat voorgeskryf word kragtens regulasie 37(4), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)     die handelaar moet bevestig dat die besonderhede van 'n vuurwapen en ammunisie wat aangeteken is op 'n vorm en in die register wat deur die handelaar hanteer word, korrek is;

(l)     vuurwapens en ammunisie mag net getoetsvuur of vir demonstrasie doeleindes afgevuur word by 'n geakkrediteerde skietbaan deur 'n persoon aan wie 'n bevoegdheidsertifikaat uitgereik is;

(m)     die handelaar en alle persone in diens van die handelaar moet vertroud wees met die voorwaardes van die Wet, die regulasies wat gepromulgeer is kragtens die Wet en enige wysigings daartoe;

(n)     'n handelaar mag nooit enige vuurwapen of ammunisie in enige vertoonkas of vertoonvenster uitstal of vertoon indien die vertoonkas of -venster direk uitkyk op of grens aan enige openbare straat, pad, deurgang of openbare plek waartoe die algemene publiek toegang het nie en ook nie toelaat dat dit so vertoon of uitgestal word nie;

(o)     die handelaarslisensie kan nie oorgedra word nie; en

(p)     'n handelaarslisensie magtig nie die versameling van vuurwapens of ammunisie as 'n privaat- of openbare versameling nie.

Additional conditions
Bykomende voorwaardes

| NONE |
|---|

Date of issue
Datum van uitreiking

| 2 | 0 | 1 | 9 | - | 0 | 7 | - | 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|

Expiry date
Vervaldatum

| 2 | 0 | 2 | 0 | - | 0 | 6 | - | 3 | 0 |
|---|---|---|---|---|---|---|---|---|---|

OFFICIAL DATE STAMP
AMPTELIKE DATUMSTEMPEL

2019 -07- 0 1

PRETORIA
FIRE-ARM REGISTER
SOUTH AFRICAN POLICE SERVICE

f/THE REGISTRAR
n/DIE REGISTRATEUR

**P.N SIKHAKHANE**          COL

Name in block letters
Naam in drukskrif

0 5 2 0 1 3 0 - 0

Persal number
Persal-nommer

**P.N SIKHAKHANE**          COL

Rank
Rang

Print    Page Setup...

SAPS 272(d)
SAPD 272(d)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO MANUFACTURE
## LISENSIE OM TE VERVAARDIG

Section 48 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 48 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person**
**Regspersoon**

| | |
|---|---|
| Registered name<br>Geregistreerde naam | DIPLOPOINT AMMUNITION (PTY) LTD T/A DIPLOPOINT |
| To manufacture<br>Om die volgende te<br>vervaardig: | RENEWAL: MANUFACTURE FIREARMS |
| on the premises at the<br>following address<br>op die perseel by die<br>volgende adres: | 95 FOREST ROAD<br>BRAMLEY<br>JOHANNESBURG |
| Type of safe or strongroom<br>Soort kluis of brandkamer | PRESCRIBED VAULT |
| Responsible person<br>Verantwoordelike persoon | P KOSTA |
| Identity number<br>Identiteitsnommer | |
| Competency certificate type<br>Soort bevoegdheidsertifikaat | COMPETENCY TO MANUFACTURE FIREARMS |

Competency certificate number
Nommer van bevoegdheid-
sertifikaat

| C | 7 | 4 | 8 | 7 | 4 | 6 | 5 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Manufacturer's licence
number
Lisensienommer van
vervaardiger

267

P.N SIKHAKHANE

f/THE REGISTRAR
n/DIE REGISTRATEUR

**STANDARD CONDITIONS**

The following conditions are imposed in respect of this licence -

(a)     the licence may not be transferred;

(b)     the section of the business premises specified in the licence in which the firearms and ammunition are manufactured or stored must, during working hours, be under the immediate control of the holder of the manufacturer's licence or, if authorised thereto by the Registrar in writing, a person nominated by the holder of the manufacturer' licence to supervise the final assembly of the firearms;

(c)     the holder of the manufacturer's licence may only acquire and keep in stock the calibre ammunition necessary for the testing of a firearm manufactured under the licence;

(d)     all manufactured firearms and main firearm components as well as all ammunition must be stored in a prescribed safe or strongroom as specified in the licence during all hours other than working hours;

(e)     on every firearm manufactured under the provisions of the Act, a manufacturer's serial number must be stamped on it;

(f)     a manufacturer's serial number must, on request of the manufacturer, be allocated by the Registrar;

(g)     the manufacturer's serial number must be stamped on the firearm in accordance with the provisions of section 23(2) of the Act read with regulation 28(2) before the manufacturing has been completed;

(h)     the manufacturer must stamp the inscription "made in South Africa" and the manufacturer's trade name on the barrel, frame or receiver of the firearm;

(i)     testing of a firearm must only be done at a shooting range or tunnel approved by the Registrar by a person who holds a competency certificate;

(j)     the licence shall only authorise the manufacturing of firearms that is specified there on;

(k)     before commencing the manufacturing of firearms that is not specified on the manufacturer's licence, the holder of the manufacture's licence must apply to the Registrar for a licence to manufacture such firearm;

(l)     the Registrar may, after receipt of an application for the licence, but prior to the issuing thereof, authorise the manufacturer to produce a specified number of prototypes of the firearm to allow the manufacturer to obtain the necessary proofing of the firearm as contemplated in regulation 106;

(m)     the Registrar may only licence a manufacturer to manufacture a firearm referred to in section 4(1)(a) to (d) of the Act, if the manufacturer has beforehand obtained the necessary permit in terms of section 14 of the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002), as well as, a proofing certificate contemplated in regulation 106 and a South African Police Service ballistics evaluation report;

(n)     the firearms and ammunition that are possessed on the authority of the manufacturer's licence must be transported on behalf of the holder of the manufacturer's licence only by a person whose name appears on the licence or in the register contemplated in regulation 47(5) or by the holder of a firearm transporter's permit and such transportation must comply with the requirements of regulation 68(1)(a) to (c);

(o)     any main firearm component that is rejected by the manufacturer due to its unacceptability for use, must immediately after its rejection be destroyed by the manufacturer by making it totally inoperative;

(p)     a manufacturer may supply a barrel that is unchambered, partially chambered or pre-chambered for a specific calibre to the holder of a dealer's licence;

(q)     a manufacturer's licence does not authorise the collection of firearms or ammunition as a private or public collection; and

(r)     a manufacturer may not employ a person who has been declared unfit to possess a firearm under Chapter 12 of the Act in a position who has access to a completed manufactured firearm or ammunition.

**STANDAARDVOORWAARDES**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgele -

(a)    die lisensie mag nie oorgedra word nie;

(b)    die gedeelte van die besigheid se perseel wat gespesifiseer word in die lisensie waar die vuurwapens en ammunisie vervaardig of geberg word, moet gedurende werkure onder onmiddellike beheer wees van die houer van die vervaardigerslisensie, of indien die Registrateur dit skriftelik magtig, onder beheer wees van 'n persoon wat deur die houer van die vervaardigerslisensie genomineer word om toesig te hou oor die finale montering van die vuurwapens;

(c)    die houer van die vervaardigerslisensie kan net die kaliber ammunisie wat nodig is vir die toets van 'n vuurwapen wat kragtens die lisensie vervaardig is aankoop en in voorraad hou;

(d)    alle vervaardigde vuurwapens en hoof vuurwapenkomponente, asook alle ammunisie, moet te alle tye, buiten werkure, in 'n voorgeskrewe kluis of instapkluis gehou word, soos dit gespesifiseer is in die lisensie;

(e)    op elke vuurwapen wat vervaardig word kragtens die voorwaardes van die Wet moet 'n uitkenningsnommer van die vervaardiger daarop aangebring word;

(f)    'n uitkenningsnommer vir die vervaardiger moet, op versoek van die vervaardiger, toegeken word deur die Registrateur;

(g)    die vervaardiger se uitkenningsnommer moet op die vuurwapen gestempel word in ooreenstemming met die voorwaardes van artikel 23(2) van die Wet wat gelees moet word in samehang met regulasie 28(2), voordat die vervaardigingsproses afgehandel is;

(h)    die vervaardiger moet die woorde "Vervaardig in Suid-Afrika" en die vervaardiger se handelsnaam op die loop, raam of romp van die vuurwapen stempel;

(i)    'n vuurwapen mag net getoets word deur 'n persoon met 'n geldige bevoegdheidsertifikaat by 'n skietbaan of tonnel wat goedgekeur is deur die Registrateur;

(j)    die lisensie magtig net die vervaardiging van vuurwapens as dit so gespesifiseer is;

(k)    voordat die vervaardiging van vuurwapens wat nie gespesifiseer is op die vervaardiger se lisensie nie mag begin, moet die houer van die vervaardigerslisensie by die Registrateur aansoek doen vir 'n lisensie om sodanige vuurwapen te vervaardig;

(l)    die Registrateur kan, na ontvangs van 'n aansoek om die lisensie, maar voordat dit uitgereik word, toestemming verleen dat die vervaardiger 'n spesifieke getal prototipes van die vuurwapen vervaardig om die nodige beveiliging van die vuurwapen te verseker soos dit beoog word in regulasie 106;

(m)    die Registrateur kan net 'n vervaardiger lisensieer om 'n vuurwapen te vervaardig volgens die vereistes van artikel 4(1)(a) tot (d) van die Wet as die vervaardiger vooraf die nodige permit verkry het kragtens artikel 14 van die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002), asook 'n beveiligingsertifikaat soos beoog in regulasie 106 en 'n ballistiese evalueringsverslag van die Suid-Afrikaanse Polisiedienste;

(n)    die vuurwapens en ammunisie wat besit word op gesag van hierdie vervaardigerslisensie moet net namens die houer van 'n vervaardigerslisensie vervoer word deur 'n persoon wie se naam voorkom op die lisensie of in die register wat beoog word in regulasie 47(5), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(o)    enige hoof vuurwapenkomponente wat die vervaardiger verwerp omdat dit nie geskik is vir gebruik nie, moet onmiddellik nadat dit verwerp is deur die vervaardiger vernietig word deur dit heeltemal onbruikbaar te maak;

(p)    'n vervaardiger kan 'n loop sonder kamer of met gedeeltelike kamer of met voorafgevormde kamer vir 'n bepaalde kaliber voorsien aan 'n houer van 'n handelaarslisensie;

(q)    'n vervaardigerslisensie magtig nie die versameling van vuurwapens of ammunisie in 'n privaat- of openbare versameling nie;

(r)    'n vervaardiger mag nie 'n persoon in diens neem om 'n pos te beklee waar die persoon toegang het tot 'n volledig vervaardigde vuurwapen of ammunisie as die persoon ongeskik verklaar is vir die besit van 'n vuurwapen kragtens hoofstuk 12 van die Wet nie.

Additional conditions: NONE
Bykomende voorwaardes:

Date of issue
Datum van uitreiking

| 2 | 0 | 1 | 9 | - | 0 | 7 | - | 0 | 1 |
|---|---|---|---|---|---|---|---|---|---|

Expiry date
Vervaldatum

| 2 | 0 | 2 | 0 | - | 0 | 6 | - | 3 | 0 |
|---|---|---|---|---|---|---|---|---|---|



f/THE REGISTRAR
n/DIE REGISTRATEUR

**P.N SIKHAKHANE**                    COL

Name in block letters
Naam in drukskrif

P.N SIKHAKHANE          COL

Rank in block letters
Rang in drukskrif

Persal number
Persal-nommer

OFFICIAL DATE STAMP
AMPTELIKE DATUMSTEMPEL

2019 -07- 0 1

PRETORIA
FIRE-ARM REGISTER
SOUTH AFRICAN POLICE SERVICE

Print    Page Setup...

SAPS 272(d)
SAPD 272(d)

18-20



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO MANUFACTURE AMMUNITION
## LISENSIE OM AMMUNISIE TE VERVAARDIG
Section 48 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 48 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person**
**Regspersoon**

| Registered name<br>Geregistreerde naam | DIPLOPOINT (PTY) LTD |
|---|---|

| To manufacture<br>Om die volgende te<br>vervaardig: | RENEWAL: MANUFACTURE AMMUNITION |
|---|---|

| on the premises at the<br>following address<br>op die perseel by die<br>volgende adres: | 95 FOREST ROAD<br>BRAMLEY<br>JOHANNESBURG |
|---|---|

| Type of safe or strongroom<br>Soort kluis of brandkamer | CATEGORY I TYPE VAULT |
|---|---|

| Responsible person<br>Verantwoordelike persoon | P KOSTA |
|---|---|

Identity number
Identiteitsnommer

| Competency certificate type<br>Soort bevoegdheidsertifikaat | COMPETENCY TO MANUFACTURE FIREARMS |
|---|---|

Competency certificate
number
Nommer van bevoegdheid-
sertifikaat

| C | 7 | 4 | 8 | 7 | 4 | 6 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Manufacturer's licence<br>number<br>Lisensienommer van<br>vervaardiger | 254 |
|---|---|

f/THE REGISTRAR
n/DIE REGISTRATEUR

STANDARD CONDITIONS APPLICABLE TO AMMUNITION MANUFACTURES

The following conditions are imposed in respect of this manufacturer's licence -

(a)   the licence may not be transferred;

(b)   the section of the business premises specified in the licence in which the ammunition are manufactured or stored must, during working hours, be under the immediate control of the holder of the manufacturer's licence or, if authorised thereto by the Registrar in writing, a person nominated by the holder of the manufacturer' licence to supervise the final assembly of the ammunition;

(c)   during any period when the licensed premises are closed for business purposes all ammunition and any other explosive component of the ammunition which are on the premises, must be locked in a strongroom or safe which has been approved in terms of the Explosives Act, 1956 (Act No. 26 of 1956) and specified on the licence;

(d)   the licence shall only authorise the manufacturing of the calibre of ammunition that is specified thereon;

(e)   before commencing the manufacturing of a calibre of ammunition that is not specified on the manufacturer's licence, the holder of manufacturer's licence must apply to the Registrar for a licence to manufacture such calibre of ammunition;

(f)   the Registrar may, after receipt of an application for the licence, but prior to the issuing thereof, authorise the manufacturer to produce a specified number of prototypes of the ammunition;

(g)   the Registrar may only licence a manufacturer to manufacture ammunition referred to in section 4(1)(a) to (d) of the Act, if the manufacturer has beforehand obtained the necessary permit in terms of section 14 of the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002), as well as, a South African Police Service ballistics evaluation report;

(h)   in the case of commercial loading of ammunition, other than contemplated in section 93(1) of the Act, the packaging in which the ammunition is sold by the manufacturer must clearly indicate that the ammunition is reloaded ammunition and the packaging must further have the loading manufacturer's details printed thereon;

(i)   ammunition manufactured under a manufacturer's licence, excluding ammunition contemplated in subparagraph (h), must be individually identified by a unique head stamp or marking approved by the Registrar that identifies the manufacturer;

(j)   the ammnunition that are possessed on the authority of a manufacturer's licence must be transported on behalf of the holder of the manufacturer's licence by a person whose name appears on the licence or in the register contemplated in regulation 47(5) or by the holder of a firearm transporter's permit and such transportation must comply with the requirements of regulation 68(1)(a) to (c);

(k)   a manufacturer's licence does not authorise the collection of firearms or ammunition as a private or public collection; and

(l)   a manufacturer may not employ a person who has been declared unfit to possess a firearm under Chapter 12 of the Act in a position who has access to completed manufactured ammunition.

## STANDAARDVOORWAARDES VAN TOEPASSING OP VERVAARDIGERS

Die volgende voorwaardes ten opsigte van die lisensie word opgelê -

(a)   die lisensie mag nie oorgedra word nie;

(b)   die gedeelte van die besigheid se perseel wat gespesifiseer word in die lisensie waar die vuurwapens en ammunisie vervaardig of geberg word, moet gedurende werksure onder onmiddellike beheer wees van die houer van die vervaardigerslisensie, of indien die Registrateur dit skriftelik magtig, onder beheer wees van 'n persoon wat deur die houer van die vervaardigerslisensie genomineer word om toesig te hou oor die finale montering van die ammunisie;

(c)   gedurende periodes wanneer die gelisensieerde perseel gesluit is vir besigheidsdoeleindes moet alle ammunisie en enige ander plofbare komponent van die ammunisie wat op die perseel gehou word toegesluit word in 'n instapkluis of kluis wat goedgekeur is kragtens die Wet op Ontplofbare Stowwe, 1956 (Wet No. 26 van 1956) en gespesifiseer word in die lisensie;

(d)   die lisensie magtig net die vervaardiging van 'n kaliber ammunisie, as dit so gespesifiseer is;

(e)   voordat die vervaardiging van 'n kaliber ammunisie wat nie gespesifiseer is op die vervaardiger se lisensie nie mag begin, moet die houer van die vervaardigerslisensie by die Registrateur aansoek doen vir 'n lisensie om sodanige kaliber ammunisie te vervaardig;

(f)   die Registrateur kan, na ontvangs van 'n aansoek om die lisensie, maar voordat dit uitgereik word, toestemming verleen dat die vervaardiger 'n spesifieke getal prototipes van die ammunisie vervaardig;

(g)   die Registrateur kan net 'n vervaardiger lisensieer om ammunisie te vervaardig volgens die vereistes van artikel 4(1)(a) tot (d) van die Wet as die vervaardiger vooraf die nodige permit verkry het kragtens artikel 14 van die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002), asook 'n ballistiese evalueringsverslag van die Suid- Afrikaanse Polisiediens;

(h)   in geval van kommersiële laai van ammunisie, buiten dit wat beoog word in artikel 93(1) van die Wet, moet die verpakking waarin die ammunisie verkoop word deur die vervaardiger duidelik aandui dat die ammunisie herlaai is en die verpakking moet verder gedrukte besonderhede van die vervaardiger wat dit laai vertoon;

(i)   ammunisie wat vervaardig word kragtens 'n vervaardigerslisensie, maar nie ammunisie wat beoog word in subparagraaf (h) nie, moet individueel geïdentifiseer word deur 'n unieke kopstempel of merk wat goedgekeur is deur die Registrateur en wat die vervaardiger identifiseer;

(j)   die ammunisie wat besit word op gesag van 'n vervaardigerslisensie moet net namens die houer van 'n vervaardigerslisensie vervoer word deur 'n persoon wie se naam voorkom op die lisensie of in die register wat beoog word in regulasie 47(5), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)   'n vervaardigerslisensie magtig nie die versameling van ammunisie in 'n privaat- of openbare versameling nie;

(l)   'n vervaardiger mag nie 'n persoon in diens neem om 'n pos te beklee waar die persoon toegang het tot volledig vervaardigde ammunisie as die persoon ongeskik verklaar is vir die besit van 'n vuurwapen kragtens hoofstuk 12 van die Wet nie.

Additional conditions:
Bykomende voorwaardes:                    NONE

Date of issue
Datum van uitreiking        | 2 | 0 | 1 | 8 | - | 0 | 7 | - | 0 | 1 |

Expiry date
Vervaldatum                 | 2 | 0 | 2 | 0 | - | 0 | 5 | - | 3 | 0 |

SOUTH AFRICAN POLICE SERVICE
FIREARM REGISTRATION CENTRE
BRAMLEY
2019 -08- 19
VUURWAPEN REGISTRASIE SENTRUM
BRAMLEY
SUID-AFRIKAANSE POLISIEDIENS
AMPTELIKE STEMPEL

f/THE REGISTRAR
i/DIE REGISTRATEUR

Name in block letters          Rank in block letters
Naam in drukskrif              Rang in drukskrif

|   |   |   |   |   |   |   |   | - |   |   |

Persal number
Persal-nommer

Print    Page Setup...



# REGISTRATION CERTIFICATE

**CERTIFICATE NUMBER:**   MS   [ 1 ] - [ 18 ] - [ 0001868 ]

| | |
|---|---|
| Name of Permit Holder : | DIPLOPOINT (PTY) LTD |
| Trading as: | DIPLOPOINT AMMUNITION |
| Nature of Business: | TRADE IN CONTROLLED ITEMS AS INDICATED BELOW. |

| Postal Address | Street Address |
|---|---|
| POSTNET SUITE 25<br>PRIVATE BAG X 8<br>BRAMLEY<br>2037 | 95 FOREST ROAD<br>BRAMLEY<br>JOHANNESBURG<br>2037 |

| | | | |
|---|---|---|---|
| Responsible for Appointment : | MR PAUL KOSTA | | |
| E-mail Address : | PAUL@DIPLOPOINT.CO.ZA | | |
| Telephone No. : | 011 4400645 | Fax No. : | 0865586992 |

THIS PERMIT IS ISSUED ITO SECTION 13 OF THE CONVENTIONAL ARMS CONTROL ACT (ACT NO 41 OF 2002, AS AMENDED) AND IS SUBJECT TO THE CONDITIONS AS STIPULATED HEREIN AS WELL AS ON THE REVERSE SIDE HEREOF

| MAIN EQUIPMENT CATEGORY | SPARE PART LEVEL | COMPONENT LEVEL | SUB SYSTEM LEVEL | COMPLETE SYSTEM LEVEL |
|---|---|---|---|---|
| EXPLOSIVES, PROPELLANTS & ADDITIVES | YES | YES | YES | YES |
| AMMUNITION | YES | YES | YES | YES |
| INFANTRY WEAPONS AND GUNS | YES | YES | YES | YES |
| RIOT CONTROL EQUIPMENT | NO | NO | NO | YES |

DIRECTOR CONVENTIONAL ARMS CONTROL

OFFICIAL STAMP

| | |
|---|---|
| DATE OF ISSUE | 24/01/2018 |
| DATE OF EXPIRY | 23/01/2021 |

SAPS 272(b)
SAPD 272(b)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO TRADE
## LISENSIE OM HANDEL TE DRYF
Section 34 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 34 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person:**
**Regspersoon:**

| | |
|---|---|
| Registered name Geregistreerde naam | G AND D GROUP CC |
| To deal in Om handel te dryf in | RENEWAL: TRADE IN FIREARMS AND/OR AMMUNITION |
| on the premises at the following address op die perseel by die volgende adres | 595 LOUIS BOTHA C/O FOREST ROAD BRAMLEY JOHANNESBURG |
| Type of safe or strongroom Soort kluis of brandkamer | CATEGORY II TYPE VAULT |
| Responsible person Verantwoordelike persoon | NJ MONYEMORATHO |

Identity number
Identiteitsnommer

Competency certificate type
Soort bevoegdheidsertifikaat      COMPETENCY TO TRADE IN FIREARMS AND/OR AMMUNITION

Competency certificate number
Nommer van bevoegdheid-          | C | 7 | 7 | 3 | 3 | 5 | 3 | 9 | | | | | |
sertifikaat

Dealer's licence number          100524
Lisensienommer van
handelaar

Lt Col
MOGONYANA

THE REGISTRAR
/DIE REGISTRATEUR

STANDARD CONDITIONS:

The following conditions are imposed in respect of this licence -

(a)    a dealer intending to transfer a prohibited firearm or device referred to in section 4 of the Act, must lodge with the Registrar an application that complies with regulation 13, insofar as is applicable, accompanied by a relevant permit issued by the National Conventional Arms Control Committee established under the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002);

(b)    a dealer may transfer a prohibited firearm and device referred to in section 4 of the Act only after acquiring a written conformation from the Registrar that a holder of a licence as provided for in sections 17, 18(5), 19 and 20(1)(b) had been issued with a licence to possess that prohibited firearm;

(c)    during any period when the licensed premises are closed for business purposes all firearms and ammunition which are on the premises must be locked in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(d)    during any period when the premises specified in the licence is open for purposes to trade in firearms or ammunition, firearms and ammunition may only be displayed if the firearms are -

        (i)    unloaded; and

        (ii)    in the case of handguns, locked in a display counter or display cabinet that prevents the unauthorised access to the handguns displayed therein;

        (iii)    in the case of firearms, excluding handguns and firearms displayed as prescribed in subparagraph (ii) -

            (aa)    rendered inoperable by means of a secure locking device; or

            (bb)    securely attached with a metal attachment to a non-portable structure in such a manner that it cannot readily be removed; and

        (iv)    not displayed with ammunition that can be discharged from it;

(e)    during any period when the licensed premises are open for business or any other purpose, firearms and ammunition which are not displayed must be kept in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(f)    a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm unless the dealer is physically in possession of the firearm when recording such details;

(g)    a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm coincident in another application for a licence to possess that firearm;

(h)    only natural persons whose particulars are recorded in the prescribed register as contemplated in regulation 37(4), may trade in firearms or ammunition on behalf of the dealer;

(i)    the persons whose particulars appear on the licence or in the prescribed register as contemplated in subregulation 37(4) must ensure that -

        (i)    during business hours proper control is, at all times, exercised over all the firearms and ammunition;

        (ii)    the prescribed registers are properly maintained; and

        (iii)    every reasonable precaution is taken against the loss or theft of the firearms and ammunition;

(j)    the firearms and ammunition that are possessed on the authority of a dealer's licence may only be transported by a person whose particulars appears on the licence or in the register prescribed in regulation 37(4) or by the holder of a firearm transporter's permit and such transport must comply with the requirements of regulation 68(1)(a) to (c);

(k)    the dealer must verify that the particulars of a firearm and ammunition recorded on a form and register dealt with by the dealer, are correct;

(l)    firearms and ammunition may only be test-fired or fired for demonstration purposes at an accredited shooting range by a person holding a competency certificate;

(m)    the dealer and all persons employed by the dealer must be conversant with the provisions of the Act, the regulations issued in terms of the Act and any amendments thereto;

(n)    a dealer may not at any time display or exhibit any firearm and ammunition in any showcase or show-window which directly goes out on or overlooks any public street, road, throughway or public place whereto the general public has access, or permit it to be so displayed or exhibited or cause it to be so displayed or exhibited;

(o)    the dealers' licence may not be transferred; and

(p)    a dealer's licence does not authorise the collection of firearms or ammunition as a private or public collection.

**STANDAARDVOORWAARDES:**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgelê -

(a)    'n handelaar wat beplan om 'n verbode vuurwapen of toestel waarna verwys word in artikel 4 van die Wet oor te dra, moet 'n aansoek wat voldoen aan regulasie 13 by die Registrateur indien insoverre dit van toepassing mag wees vergesel van 'n relevante permit wat uitgereik is deur die Nasionale Komitee vir die Beheer oor Konvensionele Krygstuig wat gevestig is kragtens die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002);

(b)    'n handelaar kan net 'n verbode vuurwapen en toestel waarna verwys word in artikel 4 van die Wet oordra nadat skriftelike bevestiging verkry is van die Registrateur dat 'n lisensie vir die besit van die verbode vuurwapen uitgereik is aan 'n houer van 'n lisensie soos dit voorsien word in artikel 17, 18(5), 19 en 20(1)(b);

(c)    gedurende enige tydperk waartydens die gelisensieerde perseel gesluit is vir besigheidsdoeleindes, moet alle vuurwapens en ammunisie op die perseel toegesluit wees in 'n instapkluis of kluis vir die veilige bewaring van die vuurwapens, soos dit omskryf is in die betrokke lisensie;

(d)    gedurende enige tydperk waartydens die perseel wat in die lisensie omskryf word oop is vir besigheidsdoeleindes, om handel te dryf in vuurwapens of ammunisie, mag die vuurwapens en ammunisie net uitgestal word as die vuurwapens -

      (i)    nie gelaai is nie; en

      (ii)    in geval van handwapens, toegesluit is in 'n uitstalkabinet of uitstaleenheid wat verhoed dat ongemagtigde toegang verkry word tot die handwapens wat so uitgestal word;

      (iii)    in geval van vuurwapens, uitsluitende handwapens en vuurwapens wat uitgestal word soos voorgeskryf in paragraaf (ii) -

            (aa)    moet dit onbruikbaar gemaak word met behulp van 'n veilige sluittoestel; of

            (bb)    moet dit veilig geheg word met behulp van 'n metaalpasstuk aan 'n nie-draagbare struktuur, op so 'n wyse dat dit nie geredelik verwyder kan word nie; en

      (iv)    moet dit nie uitgestal word met ammunisie wat daaruit gevuur kan word nie.

(e)    gedurende enige tydperk wanneer die gelisensieerde perseel oop is vir besigheid of enige ander doel, moet vuurwapens en ammunisie wat nie uitgestal word nie, in 'n instapkluis of kluis gehou word vir die veilige bewaring van vuurwapens soos dit omskryf is in die betrokke lisensie.

(f)    'n handelaar kan nie die besonderhede van 'n vuurwapen op die toepaslike deel in 'n betrokke aansoek om 'n lisensie vir die besit van daardie vuurwapen invul tensy die handelaar fisies die vuurwapen in sy of haar besit het wanneer sodanige besonderhede aangeteken word nie;

(g)    'n handelaar mag nie die besonderhede van 'n vuurwapen invul in die toepaslike deel van 'n aansoek om 'n lisensie om daardie vuurwapen te besit op 'n aansoek wat gelyktydig ingedien word vir 'n ander lisensie om daardie vuurwapen te besit nie;

(h)    net natuurlike persone wie se besonderhede aangeteken is in die voorgeskrewe register wat beoog word in regulasie 37(4) kan namens die handelaar handel dryf in vuurwapens of ammunisie.

(h)    die persone wie se besonderhede op die lisensie of in die voorgeskrewe register aangebring is soos beoog in regulasie 37(4) moet seker maak dat -

      (i)    behoorlike beheer te alle tye gedurende besigheidsure uitgeoefen word oor al die vuurwapens en ammunisie;

      (ii)    die voorgeskrewe registers behoorlik in stand gehou word; en

      (iii)    elke redelike voorsorgmaatreël tref teen verlies of diefstal van die vuurwapens en ammunisie;

(j)    die vuurwapens en ammunisie wat op gesag van 'n handelaarslisensie gehou word mag net vervoer word deur 'n persoon wie se besonderhede op die lisensie verskyn of aangebring is in die register wat voorgeskryf word kragtens regulasie 37(4), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)    die handelaar moet bevestig dat die besonderhede van 'n vuurwapen en ammunisie wat aangeteken is op 'n vorm en in die register wat deur die handelaar hanteer word, korrek is;

(l)    vuurwapens en ammunisie mag net getoetsvuur of vir demonstrasie doeleindes afgevuur word by 'n geakkrediteerde skietbaan deur 'n persoon aan wie 'n bevoegdheidsertifikaat uitgereik is;

(m)    die handelaar en alle persone in diens van die handelaar moet vertroud wees met die voorwaardes van die Wet, die regulasies wat gepromulgeer is kragtens die Wet en enige wysigings daartoe;

(n)    'n handelaar mag nooit enige vuurwapen of ammunisie in enige vertoonkas of vertoonvenster uitstal of vertoon indien die vertoonkas of -venster direk uitkyk op of grens aan enige openbare straat, pad, deurgang of openbare plek waartoe die algemene publiek toegang het nie en ook nie toelaat dat dit so vertoon of uitgestal word nie;

(o)     die handelaarslisensie kan nie oorgedra word nie; en

(p)     'n handelaarslisensie magtig nie die versameling van vuurwapens of ammunisie as 'n privaat- of openbare versameling nie.



Additional conditions
Bykomende voorwaardes

NONE

Date of issue
Datum van uitreiking

2 0 1 9 - 0 1 - 1 1

Expiry date
Vervaldatum

2 0 2 0 - 0 1 - 1 0

Lt Col
RTMMOGONYANA

f/THE REGISTRAR
n/DIE REGISTRATEUR

Name in block letters
Naam in drukskrif

Rank
Rang

Lt col

Persal number
Persal-nommer

0478120

SUID-AFRIKAANSE POLISIEDIENS
AMPTELIKE DATUMSTEMPEL
VUURWAPENREGISTER

2019 -01- 1 1

PRETORIA
FIRE-ARM REGISTER
SOUTH AFRICAN POLICE SERVICE

Print    Page Setup...



G.P.-S. 002-0222
SAPD 21

SUID-AFRIKAANSE POLISIEDIENS          SOUTH AFRICAN POLICE SERVICE

| | | |
|---|---|---|
| **Verwysin** | 27/4/2/1(100524) | **FIREARMS, LIQUOR AND SECOND HAND GOODS CONTROL** |
| **Navrae** **Enquiries** | Lt Col RT Mogonyana Captain W J Croukamp | **PRIVATE BAG X 811** |
| **Telefoon** **Telephon** | (012) 353 6285 | **PRETORIA** **0001** |
| **Faks/Fax** | (012) 353 6275 | |
| **E-Mail** | CroukampWessel@saps.gov.za | |

**MR NJ MONYEMORATHO**
**POSTNET SUITE 25**
**PRIVATE BAG X8**
**HIGHLANDS NORTH**
**2037**

**LICENCE TO TRADE IN FIREARMS AND/OR AMMUNITION:**
**G AND D GROUP CC**

1. Please take note that your application for licence to trade in firearms and / or ammunition has been issued in terms of the Firearms Control Act, (Act No 60 of 2000).

2. The dealer must ensure that he/she is aware of the conditions imposed on the licence and must at all times adhere to these conditions.

3. This licence is valid for a period of one (1) year from the date of issue.

4. The dealer must take cognizance of the date of expiry of the licence and ensure that the subsequent re-renewal thereof is done not later than ninety(90) days prior to the expiry date of the current licence in accordance with the provisions of Section 35 of the Firearms Control Act, 2000 (Act No 60 of 2000).

5. Your cooperation in this regard would be highly appreciated.

Lt Col
R T MOGONYANA

_____ **LT COL**

**SECTION COMMANDER: ARMS CONTROL**
R T MOGONYANA

SAPS 272(b)
SAPD 272(b)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO TRADE
## LISENSIE OM HANDEL TE DRYF

Section 34 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 34 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person:**
**Regspersoon:**

| Registered name<br>Geregistreerde naam | PRETORIA ARMS (PTY) LTD |
|---|---|

| To deal in<br>Om handel te dryf in | RENEWAL: TRADE IN FIREARMS AND/OR AMMUNITION |
|---|---|

| on the premises at the<br>following address<br>op die perseel by die<br>volgende adres: | 1032 SILVERGRASS STREET<br>MONTANA BOULEVARD<br>MAGALIESKRUIN X80<br>PRETORIA |
|---|---|

| Type of safe or strongroom<br>Soort kluis of brandkamer | CATEGORY II TYPE SAFE |
|---|---|

| Responsible person<br>Verantwoordelike persoon | JC DE KLERK |
|---|---|

| Identity number<br>Identiteitsnommer | |
|---|---|

| Competency certificate type<br>Soort bevoegdheidsertifikaat | COMPETENCY TO TRADE IN FIREARMS AND/OR AMMUNITION |
|---|---|

| Competency certificate number<br>Nommer van bevoegdheid-<br>sertifikaat | C | 7 | 5 | 9 | 1 | 3 | 3 | 5 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Dealer's licence number<br>Lisensienommer van<br>handelaar | 100772 |
|---|---|

.................................................COL.
P.N SIKHAKHANE

f/THE REGISTRAR
n/DIE REGISTRATEUR

**STANDARD CONDITIONS:**

The following conditions are imposed in respect of this licence -

(a)     a dealer intending to transfer a prohibited firearm or device referred to in section 4 of the Act, must lodge with the Registrar an application that complies with regulation 13, insofar as is applicable, accompanied by a relevant permit issued by the National Conventional Arms Control Committee established under the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002);

(b)     a dealer may transfer a prohibited firearm and device referred to in section 4 of the Act only after acquiring a written conformation from the Registrar that a holder of a licence as provided for in sections 17, 18(5), 19 and 20(1)(b) had been issued with a licence to possess that prohibited firearm;

(c)     during any period when the licensed premises are closed for business purposes all firearms and ammunition which are on the premises must be locked in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(d)     during any period when the premises specified in the licence is open for purposes to trade in firearms or ammunition, firearms and ammunition may only be displayed if the firearms are -

     (i)     unloaded; and

     (ii)    in the case of handguns, locked in a display counter or display cabinet that prevents the unauthorised access to the handguns displayed therein;

     (iii)   in the case of firearms, excluding handguns and firearms displayed as prescribed in subparagraph (ii) -

          (aa)    rendered inoperable by means of a secure locking device; or

          (bb)    securely attached with a metal attachment to a non-portable structure in such a manner that it cannot readily be removed; and

     (iv)    not displayed with ammunition that can be discharged from it;

(e)     during any period when the licensed premises are open for business or any other purpose, firearms and ammunition which are not displayed must be kept in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(f)     a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm unless the dealer is physically in possession of the firearm when recording such details;

(g)     a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm coincident in another application for a licence to possess that firearm;

(h)     only natural persons whose particulars are recorded in the prescribed register as contemplated in regulation 37(4), may trade in firearms or ammunition on behalf of the dealer;

(i)     the persons whose particulars appear on the licence or in the prescribed register as contemplated in subregulation 37(4) must ensure that -

     (i)     during business hours proper control is, at all times, exercised over all the firearms and ammunition;

     (ii)    the prescribed registers are properly maintained; and

     (iii)   every reasonable precaution is taken against the loss or theft of the firearms and ammunition;

(j)     the firearms and ammunition that are possessed on the authority of a dealer's licence may only be transported by a person whose particulars appears on the licence or in the register prescribed in regulation 37(4) or by the holder of a firearm transporter's permit and such transport must comply with the requirements of regulation 68(1)(a) to (c);

(k)     the dealer must verify that the particulars of a firearm and ammunition recorded on a form and register dealt with by the dealer, are correct;

(l)     firearms and ammunition may only be test-fired or fired for demonstration purposes at an accredited shooting range by a person holding a competency certificate;

(m)     the dealer and all persons employed by the dealer must be conversant with the provisions of the Act, the regulations issued in terms of the Act and any amendments thereto;

(n)     a dealer may not at any time display or exhibit any firearm and ammunition in any showcase or show-window which directly goes out on or overlooks any public street, road, throughway or public place whereto the general public has access, or permit it to be so displayed or exhibited or cause it to be so displayed or exhibited;

(o)     the dealers' licence may not be transferred; and

(p)     a dealer's licence does not authorise the collection of firearms or ammunition as a private or public collection.

**STANDAARDVOORWAARDES:**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgelê -

(a)    'n handelaar wat beplan om 'n verbode vuurwapen of toestel waarna verwys word in artikel 4 van die Wet oor te dra, moet 'n aansoek wat voldoen aan regulasie 13 by die Registrateur indien insoverre dit van toepassing mag wees vergesel van 'n relevante permit wat uitgereik is deur die Nasionale Komitee vir die Beheer oor Konvensionele Krygstuig wat gevestig is kragtens die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002);

(b)    'n handelaar kan net 'n verbode vuurwapen en toestel waarna verwys word in artikel 4 van die Wet oordra nadat skriftelike bevestiging verkry is van die Registrateur dat 'n lisensie vir die besit van die verbode vuurwapen uitgereik is aan 'n houer van 'n lisensie soos dit voorsien word in artikel 17, 18(5), 19 en 20(1)(b);

(c)    gedurende enige tydperk waartydens die gelisensieerde perseel gesluit is vir besigheidsdoeleindes, moet alle vuurwapens en ammunisie op die perseel toegesluit wees in 'n instapkluis of kluis vir die veilige bewaring van die vuurwapens, soos dit omskryf is in die betrokke lisensie;

(d)    gedurende enige tydperk waartydens die perseel wat in die lisensie omskryf word oop is vir besigheidsdoeleindes, om handel te dryf in vuurwapens of ammunisie, mag die vuurwapens en ammunisie net uitgestal word as die vuurwapens -

        (i)    nie gelaai is nie; en

        (ii)    in geval van handwapens, toegesluit is in 'n uitstalkabinet of uitstaleenheid wat verhoed dat ongemagtigde toegang verkry word tot die handwapens wat so uitgestal word;

        (iii)    in geval van vuurwapens, uitsluitende handwapens en vuurwapens wat uitgestal word soos voorgeskryf in paragraaf (ii) -

                (aa)    moet dit onbruikbaar gemaak word met behulp van 'n veilige sluittoestel; of

                (bb)    moet dit veilig geheg word met behulp van 'n metaalpasstuk aan 'n nie-draagbare struktuur, op so 'n wyse dat dit nie geredelik verwyder kan word nie; en

        (iv)    moet dit nie uitgestal word met ammunisie wat daaruit gevuur kan word nie.

(e)    gedurende enige tydperk wanneer die gelisensieerde perseel oop is vir besigheid of enige ander doel, moet vuurwapens en ammunisie wat nie uitgestal word nie, in 'n instapkluis of kluis gehou word vir die veilige bewaring van vuurwapens soos dit omskryf is in die betrokke lisensie;

(f)    'n handelaar kan nie die besonderhede van 'n vuurwapen op die toepaslike deel van 'n betrokke aansoek om 'n lisensie vir die besit van daardie vuurwapen invul tensy die handelaar fisies die vuurwapen in sy of haar besit het wanneer sodanige besonderhede aangeteken word nie;

(g)    'n handelaar mag nie die besonderhede van 'n vuurwapen invul in die toepaslike deel van 'n aansoek om 'n lisensie om daardie vuurwapen te besit op 'n aansoek wat gelyktydig ingedien word vir 'n ander lisensie om daardie vuurwapen te besit nie;

(h)    net natuurlike persone wie se besonderhede aangeteken is in die voorgeskrewe register wat beoog word in regulasie 37(4) kan namens die handelaar handel dryf in vuurwapens of ammunisie;

(h)    die persone wie se besonderhede op die lisensie of in die voorgeskrewe register aangebring is soos beoog in regulasie 37(4) moet seker maak dat -

                (i)    behoorlike beheer te alle tye gedurende besigheidsure uitgeoefen word oor al die vuurwapens en ammunisie;

                (ii)    die voorgeskrewe registers behoorlik in stand gehou word; en

                (iii)    elke redelike voorsorgmaatreël tref teen verlies of diefstal van die vuurwapens en ammunisie;

(j)    die vuurwapens en ammunisie wat op gesag van 'n handelaarslisensie gehou word mag net vervoer word deur 'n persoon wie se besonderhede op die lisensie verskyn of aangebring is in die register wat voorgeskryf word kragtens regulasie 37(4), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)    die handelaar moet bevestig dat die besonderhede van 'n vuurwapen en ammunisie wat aangeteken is op 'n vorm en in die register wat deur die handelaar hanteer word, korrek is;

(l)    vuurwapens en ammunisie mag net getoetsvuur of vir demonstrasie doeleindes afgevuur word by 'n geakkrediteerde skietbaan deur 'n persoon aan wie 'n bevoegdheidsertifikaat uitgereik is;

(m)    die handelaar en alle persone in diens van die handelaar moet vertroud wees met die voorwaardes van die Wet, die regulasies wat gepromulgeer is kragtens die Wet en enige wysigings daartoe;

(n)    'n handelaar mag nooit enige vuurwapen of ammunisie in enige vertoonkas of vertoonvenster uitstal of vertoon indien die vertoonkas of -venster direk uitkyk op of grens aan enige openbare straat, pad, deurgang of openbare plek waartoe die algemene publiek toegang het nie en ook nie toelaat dat dit so vertoon of uitgestal word nie;

(o)      die handelaarslisensie kan nie oorgedra word nie; en

(p)      'n handelaarslisensie magtig nie die versameling van vuurwapens of ammunisie as 'n privaat- of openbare versameling nie.

Additional conditions
Bykomende voorwaardes

NONE

Date of issue
Datum van uitreiking

| 2 | 0 | 1 | 9 | - | 0 | 2 | - | 1 | 3 |

Expiry date
Vervaldatum

| 2 | 0 | 2 | 0 | - | 0 | 2 | - | 1 | 2 |



OFFICIAL DATE STAMP
AMPTELIKE DATUMSTEMPEL

f/THE REGISTRAR
n/DIE REGISTRATEUR ....COL

P.N SIKHAKHANE

Name in block letters
Naam in drukskrif

O S 2 O 1 3 O · 8

Persal number
Persal-nommer

....COL
P.N SIKHAKHANE

Rank
Rang

Print    Page Setup...



**NRCS** | national regulator for compulsory specifications

Letter of Authority

Page: **1 of 1**

Concerning: **APPROVAL GRANTED**

of a small arms shooting range pursuant to the Compulsory Specification for small arms shooting ranges as published by Government Notice No. R. 643 (Government Gazette No. 26375) of 28 May 2004.

Approval number: **Azc 2019/002**

Extension number: **-**

**1   Small arms shooting range information**

Name of small arms shooting range: **Pretoria Arms**

Physical address: **1032 Silvergrass Street, Montana, Pretoria, 0159**

Details of small arms shooting range:

**Range 1**
**100 Meter indoor (handgun, hand machine carbine, shotgun and rifle) shooting range.**
**For up to six (06) shooters.**
**Range 2**
**50 Meter indoor (handgun, hand machine carbine, shotgun and rifle) shooting range.**
**For up to three (03) shooters.**
**Range 3**
**25 Meter indoor (handgun, hand machine carbine, shotgun and rifle) shooting range.**
**For up to seven (07) shooters.**

**2   Holder of the approval**

Name: **Mr. J.C. de Klerk, Pretoria Arms (2017/391380/07)**

Address: **1032 Silvergrass Street, Montana, Pretoria, 0159**

**3   Terms and conditions of issue**

3.1   This Letter of Authority certificate is applicable only to the small arms shooting range as identified herein.

3.2   Every modification and/or addition to the small arms shooting range shall be formally notified accordingly to the NRCS prior to its implementation.

3.3   The approval for the small arms shooting range identified in this Letter of Authority certificate may be withdrawn at any time without prior notice if the requirements of the Compulsory Specification have not been maintained.

**4   Approval granted**

Place: **Pretoria**

Date: **2019-07-08**

**T Magolego**
**Manager: Approvals**
**NRCS CMM Division**

**J. J. Botes**
**Principal Inspector**
**NRCS: CMM Division**

**Head Office**
SABS Campus 1 Dr Lategan Road Groenkloof Pretoria
✉ NRCS Private Bag X25, Brooklyn 0075
☎ Tel +27 12 428 5000 • Sharecall 0860 722 700 • Fax +27 12 428 5199
@ Web www.nrcs.org.za

"Protecting Health, Safety, the Environment and Ensuring Fair Trade"

SAPS 272(b)
SAPD 272(b)



SOUTH AFRICAN POLICE SERVICE
SUID-AFRIKAANSE POLISIEDIENS

## LICENCE TO TRADE
## LISENSIE OM HANDEL TE DRYF
Section 34 of the Firearms Control Act, 2000 (Act No 60 of 2000)
Artikel 34 van die Wet op Beheer van Vuurwapens, 2000 (Wet No 60 van 2000)

A licence is hereby granted to:
Hiermee word 'n lisensie toegestaan aan:

**Juristic person:**
**Regspersoon:**

Registered name
Geregistreerde naam

WYNBERG ARMS CC T/A SOUTHERN ARMS

To deal in
Om handel te dryf in

RENEWAL: TRADE IN FIREARMS AND/OR AMMUNITION

on the premises at the
following address
op die perseel by die
volgende adres:

THE COTTAGE
ACREAGE GARDENS
70-5TH STREET
WYNBERG SANDTON

Type of safe or strongroom
Soort kluis of brandkamer

PRESCRIBED SAFE

Responsible person
Verantwoordelike persoon

TJ HARMSE

Identity number
Identiteitsnommer

Competency certificate type
Soort bevoegdheidsertifikaat

COMPETENCY TO TRADE IN FIREARMS AND/OR AMMUNITION

Competency certificate number
Nommer van bevoegdheid-
sertifikaat

| C | 7 | 1 | 4 | 6 | 1 | 6 | 6 | | | | | | |

Dealer's licence number
Lisensienommer van
handelaar

100439

P.N SIKHAKHANE CCI,

f/THE REGISTRAR
n/DIE REGISTRATEUR

**STANDARD CONDITIONS:**

The following conditions are imposed in respect of this licence -

(a)   a dealer intending to transfer a prohibited firearm or device referred to in section 4 of the Act, must lodge with the Registrar an application that complies with regulation 13, insofar as is applicable, accompanied by a relevant permit issued by the National Conventional Arms Control Committee established under the National Conventional Arms Control Act, 2002 (Act No. 41 of 2002);

(b)   a dealer may transfer a prohibited firearm and device referred to in section 4 of the Act only after acquiring a written conformation from the Registrar that a holder of a licence as provided for in sections 17, 18(5), 19 and 20(1)(b) had been issued with a licence to possess that prohibited firearm;

(c)   during any period when the licensed premises are closed for business purposes all firearms and ammunition which are on the premises must be locked in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(d)   during any period when the premises specified in the licence is open for purposes to trade in firearms or ammunition, firearms and ammunition may only be displayed if the firearms are -

   (i)    unloaded; and

   (ii)   in the case of handguns, locked in a display counter or display cabinet that prevents the unauthorised access to the handguns displayed therein;

   (iii)  in the case of firearms, excluding handguns and firearms displayed as prescribed in subparagraph (ii) -

      (aa)   rendered inoperable by means of a secure locking device; or

      (bb)   securely attached with a metal attachment to a non-portable structure in such a manner that it cannot readily be removed; and

   (iv)  not displayed with ammunition that can be discharged from it;

(e)   during any period when the licensed premises are open for business or any other purpose, firearms and ammunition which are not displayed must be kept in a strongroom or safe for safe custody of firearms which has been defined in the relevant licence;

(f)   a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm unless the dealer is physically in possession of the firearm when recording such details;

(g)   a dealer may not record the details of a firearm on the applicable part of an application for a licence to possess that firearm coincident in another application for a licence to possess that firearm;

(h)   only natural persons whose particulars are recorded in the prescribed register as contemplated in regulation 37(4), may trade in firearms or ammunition on behalf of the dealer;

(i)   the persons whose particulars appear on the licence or in the prescribed register as contemplated in subregulation 37(4) must ensure that -

   (i)    during business hours proper control is, at all times, exercised over all the firearms and ammunition;

   (ii)   the prescribed registers are properly maintained; and

   (iii)  every reasonable precaution is taken against the loss or theft of the firearms and ammunition;

(j)   the firearms and ammunition that are possessed on the authority of a dealer's licence may only be transported by a person whose particulars appears on the licence or in the register prescribed in regulation 37(4) or by the holder of a firearm transporter's permit and such transport must comply with the requirements of regulation 68(1)(a) to (c);

(k)   the dealer must verify that the particulars of a firearm and ammunition recorded on a form and register dealt with by the dealer, are correct;

(l)   firearms and ammunition may only be test-fired or fired for demonstration purposes at an accredited shooting range by a person holding a competency certificate;

(m)   the dealer and all persons employed by the dealer must be conversant with the provisions of the Act, the regulations issued in terms of the Act and any amendments thereto;

(n)   a dealer may not at any time display or exhibit any firearm and ammunition in any showcase or show-window which directly goes out on or overlooks any public street, road, throughway or public place whereto the general public has access, or permit it to be so displayed or exhibited or cause it to be so displayed or exhibited;

(o)   the dealers' licence may not be transferred; and

(p)     a dealer's licence does not authorise the collection of firearms or ammunition as a private or public collection.

**STANDAARDVOORWAARDES:**

Die volgende voorwaardes ten opsigte van hierdie lisensie word opgelê -

(a)     'n handelaar wat beplan om 'n verbode vuurwapen of toestel waarna verwys word in artikel 4 van die Wet oor te dra, moet 'n aansoek wat voldoen aan regulasie 13 by die Registrateur indien insoverre dit van toepassing mag wees vergesel van 'n relevante permit wat uitgereik is deur die Nasionale Komitee vir die Beheer oor Konvensionele Krygstuig wat gevestig is kragtens die Wet op Nasionale Beheer oor Konvensionele Krygstuig, 2002 (Wet No. 41 van 2002);

(b)     'n handelaar kan net 'n verbode vuurwapen en toestel waarna verwys word in artikel 4 van die Wet oordra nadat skriftelike bevestiging verkry is van die Registrateur dat 'n lisensie vir die besit van die verbode vuurwapen uitgereik is aan 'n houer van 'n lisensie soos dit voorsien word in artikel 17, 18(5), 19 en 20(1)(b);

(c)     gedurende enige tydperk waartydens die gelisensieerde perseel gesluit is vir besigheidsdoeleindes, moet alle vuurwapens en ammunisie op die perseel toegesluit wees in 'n instapkluis of kluis vir die veilige bewaring van die vuurwapens, soos dit omskryf is in die betrokke lisensie;

(d)     gedurende enige tydperk waartydens die perseel wat in die lisensie omskryf word oop is vir besigheidsdoeleindes, om handel te dryf in vuurwapens of ammunisie, mag die vuurwapens en ammunisie net uitgestal word as die vuurwapens -

      (i)     nie gelaai is nie; en

      (ii)     in geval van handwapens, toegesluit is in 'n uitstalkabinet of uitstaleenheid wat verhoed dat ongemagtigde toegang verkry word tot die handwapens wat so uitgestal word;

      (iii)     in geval van vuurwapens, uitsluitende handwapens en vuurwapens wat uitgestal word soos voorgeskryf in paragraaf (ii) -

           (aa)     moet dit onbruikbaar gemaak word met behulp van 'n veilige sluittoestel; of

           (bb)     moet dit veilig geheg word met behulp van 'n metaalpasstuk aan 'n nie-draagbare struktuur, op so 'n wyse dat dit nie gereedelik verwyder kan word nie; en

      (iv)     moet dit nie uitgestal word met ammunisie wat daaruit gevuur kan word nie.

(e)     gedurende enige tydperk wanneer die gelisensieerde perseel oop is vir besigheid of enige ander doel, moet vuurwapens en ammunisie wat nie uitgestal word nie, in 'n instapkluis of kluis gehou word vir die veilige bewaring van vuurwapens soos dit omskryf is in die betrokke lisensie;

(f)     'n handelaar kan nie die besonderhede van 'n vuurwapen op die toepaslike deel of 'n betrokke aansoek om 'n lisensie vir die besit van daardie vuurwapen invul tensy die handelaar fisies die vuurwapen in sy of haar besit het wanneer sodanige besonderhede aangeteken word nie;

(g)     'n handelaar mag nie die besonderhede van 'n vuurwapen invul in die toepaslike deel van 'n aansoek om 'n lisensie om daardie vuurwapen te besit op 'n aansoek wat gelyktydig ingedien word vir 'n ander lisensie om daardie vuurwapen te besit nie;

(h)     net natuurlike persone wie se besonderhede aangeteken is in die voorgeskrewe register wat beoog word in regulasie 37(4) kan namens die handelaar handel dryf in vuurwapens of ammunisie;

(h)     die persone wie se besonderhede op die lisensie of in die voorgeskrewe register aangebring is soos beoog in regulasie 37(4) moet seker maak dat -

        (i)     behoorlike beheer te alle tye gedurende besigheidsure uitgeoefen word oor al die vuurwapens en ammunisie;

        (ii)     die voorgeskrewe registers behoorlik in stand gehou word; en

        (iii)     elke redelike voorsorgmaatreël tref teen verlies of diefstal van die vuurwapens en ammunisie;

(j)     die vuurwapens en ammunisie wat op gesag van 'n handelaarslisensie gehou word mag net vervoer word deur 'n persoon wie se besonderhede op die lisensie verskyn of aangebring is in die register wat voorgeskryf word kragtens regulasie 37(4), of deur die houer van 'n vuurwapenkarweierspermit en sodanige vervoer moet voldoen aan die vereistes van regulasie 68(1)(a) tot (c);

(k)     die handelaar moet bevestig dat die besonderhede van 'n vuurwapen en ammunisie wat aangeteken is op 'n vorm en in die register wat deur die handelaar hanteer word, korrek is;

(l)     vuurwapens en ammunisie mag net getoetsvuur of vir demonstrasie doeleindes afgevuur word by 'n geakkrediteerde skietbaan deur 'n persoon aan wie 'n bevoegdheidsertifikaat uitgereik is;

(m)     die handelaar en alle persone in diens van die handelaar moet vertroud wees met die voorwaardes van die Wet, die regulasies wat gepromulgeer is kragtens die Wet en enige wysigings daartoe;

(n)     'n handelaar mag nooit enige vuurwapen of ammunisie in enige vertoonkas of vertoonvenster uitstal of vertoon indien die vertoonkas of -venster direk uitkyk op of grens aan enige openbare straat, pad, deurgang of openbare plek waartoe die algemene publiek toegang het nie en ook nie toelaat dat dit so vertoon of uitgestal word nie;

(o)     die handelaarslisensie kan nie oorgedra word nie; en

(p)     'n handelaarslisensie magtig nie die versameling van vuurwapens of ammunisie as 'n privaat- of openbare versameling nie.

Additional conditions
Bykomende voorwaardes

| NONE |
| --- |

Date of issue
Datum van uitreiking

| 2 | 0 | 1 | 9 | - | 0 | 9 | - | 1 | 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Expiry date
Vervaldatum

| 2 | 0 | 2 | 0 | - | 0 | 9 | - | 1 | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

OFFICIAL DATE STAMP
AMPTELIKE DATUMSTEMPEL

f/THE REGISTRAR
n/DIE REGISTRATEUR

P.N SIKHAKHANE

Name in block letters
Naam in drukskrif

Persal number
Persal-nommer

Rank
Rang

P.N SIKHAKHANE

Print    Page Setup...



G.P.-S. 002-0222
SAPD 21

SUID-AFRIKAANSE POLISIEDIENS — SOUTH AFRICAN POLICE SERVICE

| | | |
|---|---|---|
| **Verwysin** | 27/4/2/1(100439) | **FIREARMS, LIQUOR AND SECOND HAND GOODS CONTROL** |
| **Navrae**<br>**Enquiries** | Lt Col RT Mogonyana<br>Captain W J Croukamp | **PRIVATE BAG X 811** |
| **Telefoon**<br>**Telephon** | (012) 353 6285 | **PRETORIA**<br><br>**0001** |
| **Faks/Fax** | (012) 353 6275 | |
| **E-Mail** | CroukampWessel@saps.gov.za | |

**MR TJ HARMSE**
**POSTNET SUITE 25**
**PRIVATE BAG X8**
**HEIGHLANDS NORTH**
**2037**

**LICENCE TO TRADE IN FIREARMS AND/OR AMMUNITION:**
**WYNBERG ARMS CC T/A SOUTHERN ARMS**

1.      Please take note that your application for licence to trade in firearms and / or ammunition has been issued in terms of the Firearms Control Act, (Act No 60 of 2000).

2.      The dealer must ensure that he/she is aware of the conditions imposed on the licence and must at all times adhere to these conditions.

3.      This licence is valid for a period of one (1) year from the date of issue.

4.      The dealer must take cognizance of the date of expiry of the licence and ensure that the subsequent re-renewal thereof is done not later than ninety(90) days prior to the expiry date of the current licence in accordance with the provisions of Section 35 of the Firearms Control Act, 2000 (Act No 60 of 2000).

5.      Your cooperation in this regard would be highly appreciated.

LT COL
RT MOGONYANA

_____ **LT COL**
**SECTION COMMANDER: ARMS CONTROL**
R T MOGONYANA

# SOUTH AFRICAN POLICE CERTIFICATE



SAPS 365

ENQ NO:   2013462047

# South African Police Service

# Clearance Certificate

THIS IS TO CERTIFY THAT NO CONVICTIONS HAVE BEEN RECORDED FOR ANY CRIME IN THE REPUBLIC
OF SOUTH AFRICA AGAINST:

TRANSACTION NO        : 36456722

DATE OF BIRTH         :

PLACE OF BIRTH        :  SOUTH AFRICA

TITLE                 : MR

SURNAME/S             : DE NYSSCHEN ,

MAIDEN NAME/S         :

NAME/S                : GARETH ,ANTHONY ,



SUID-AFRIKAANSE POLISIEDIENS
SAPD KR & MTB
PRIVAATSAK/PRIVATE BAG X 308
2019 -10- 1 4
PRETORIA 0001
SAPS CR & CSM
SOUTH AFRICAN POLICE SERVICE

F/The National Commissioner of the South African Police Service

........................LT COL
S.J SETSIBA

**Note**
*Personal details supplied by the applicant*
*Information on criminal history (where applicable) traced by means of fingerprints*

SAPS Criminal Record Centre, Private Bag x308, Pretoria, 0001
E-mail address: crc-nameclear@saps.org.za
Tel. No.: +27 12 393 3928
Fax no.: +27 12 393 3909

# INVENTORY RECORDS



# COLORADO BRASS

## WHOLESALE

14902 W. 44th Ave
Golden, CO 80403
Phone: 303-955-3236
Fax: 303-484-6018
www.ColoradoOnceFiredBrass.com

## Used Brass Cartridge Cases
## Bulk Brass Invoice

**Invoice Number/Date:**   DaveSheerGuns12.18.20·

**Bill To:**   Name:   Dave Sheer Guns
Address:   95 Forest Road
Address:
City, State, Zip:   Bramley, JHB, 2192
Phone   011-440-0645
Emaill   accounts@davesheer.com

| Line | Date | Item | Amount (Casings) | Amount (lbs) | Price (LB) | Total |
|------|------|------|------------------|--------------|------------|-------|
| 1 | 18-Dec-17 | 32 Auto Brass | 25,000 | 176 | $ | |
| 2 | 18-Dec-17 | 380 Auto | 200,000 | 1,408 | $ | |
| 3 | 18-Dec-17 | 9mm Brass | 1,500,000 | 13,274 | $ | |
| 4 | 18-Dec-17 | 38 Spl Brass | 125,000 | 1,263 | $ | |
| 5 | 18-Dec-17 | .357 MAG Brass | 50,000 | 562 | $ | |
| 6 | 18-Dec-17 | 40 S&W Brass | 200,000 | 2,000 | $ | |
| 7 | 18-Dec-17 | 0.223 | 740,000 | 10,137 | $ | |

|  |  |
|---|---|
| Total | $ 74,581.75 |
| Less Wire Transfer Fee | $ (25.00) |
| Net Payment Due | $ 74,556.75 |

**Approval:**   Sign and fax back to: 303-484-6018

_____          _____
Signature                                           Date

_____
Name

**Payment:**   Make payment payable to: Colorado Brass LLC

1 A00128

1/3/2018 3:41 PM



# INVOICE

**RT DISTRIBUTORS**

3060 N. NELLIS BLVD. #16
LAS VEGAS, NV 89115
(702) 462-9838
roberthorne5534@yahoo.com

INVOICE NO.   1A00120A
DATE   December 12, 2017

TO

SOUTHERN ARMS
70 5th STREET
WYNBERG, 2090
SOUTH AFRICA

New Frontier, ETS Group

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 25 | NEW FRONTIER ARMORY 9MM PARA 4" SEMI-AUTO RIFLE | ■ | ■ |
| 25 | NEW FRONTIER ARMORY 9MM PARA 8" SEMI-AUTO RIFLE | ■ | ■ |
| 30 | NEW FRONTIER ARMORY 9MM PARA 16" SEMI-AUTO RIFLE | ■ | ■ |
| 80 | ETS GROUP GLK-9-22 GLOCK 9MM 22RD MAGAZINE | ■ | ■ |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | SUBTOTAL | $45,108.10 |
| | | FREIGHT | $100.00 |
| | | TOTAL | $45,208.10 |

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**RT DISTRIBUTORS**

3060 N. NELLIS BLVD. #16
LAS VEGAS, NV 89115
(702) 462-9838
roberthorne5534@yahoo.com

INVOICE NO.   1A00133
DATE   September 10,2018

TO

DAVE SHEER GUNS
95 FOREST ROAD
BRAMLEY JOHANNESBURG
2192, SOUTH AFRICA

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 20 | AR15/AR.308 EXTENDED MAG CATCH PADDLE RELEASE | | |
| 10 | GT-KC-PANEL KEYMOD NEOPRENEGRIP PANELS (3 PCS KIT) | | |
| 10 | GT-KC-PANEL KEYMOD RUBBER NEORENE INSERT COVERS (10 PCS KIT) | | |
| 20 | GRIP-KALUMINUM VERTICAL GRIP FOR KEYMOD SYSTEM | | |
| 20 | ANGLEGRIP-K ANGLE ALUMINUMGRIP FOR KEYMOD SYSTEM | | |
| 5 | GT-MLK-PANEL M-LOK NEOPRENE GRIP PANELS (3 PCS KIT) | | |
| 5 | GRIIP-MLK ALUMINUM VERTICAL GRIP FOR M-LOK SYSTEM | | |
| 5 | ANGLEGRIP-MLK ANGLED ALUMINUM GRIP FOR M-LOK SYSTEM | | |
| 20 | GT750SS AR15 STEEL LOW PROFILE GAS BLOCK | | |
| 20 | GT-ARP AR15 COMPLETE ANTI-ROTATION TRIGGER/HAMMER PIN SET | | |
| 30 | GT-TDP-SET AR 5.56 CAL EXTENDED TAKEDOWN PIN SET | | |
| 2 | USL-PG ULTRALIGHT SERIES SKELETON IZED ALUMINUM PISTOL GRIP | | |
| 2 | AIRLITE-PG-HC AIRLITE SERIES HONEYCOMB SKELETONIZED PISTOL GRIP | | |
| 10 | SPA-223 AR15 SPARTAN FLASH HIDER | | |
| 10 | TANK9-223-G2 AR15 GEN2 STEEL MULTI PORT COMPENSATOR | | |
| 5 | TANK9-223-SS-G2 AR15 GEN2 STAINLESS STEEL MULTI PORT COMPENS | | |
| 2 | SPITFIRE AR15 MUZZLE COMP W/QD BLAST SHIELD | | |
| 10 | G4LATCH AR15 GEN4 CHARGING HANDLE LATCH | | |
| 10 | C-LATCH AR15 GEN2 CHARGING HANDLE LATCH | | |
| 10 | AR-CLAW AR15 CLAW MULTI-PRONG FLASH HIDER | | |
| 10 | AR-3PRONG AR15 3 PRONG FLASH HIDER | | |
| 30 | GTMAT AR15 ARMORER'S GUN CLEANING/ASSEMBLY MAT | | |
| 10 | LATCH (DISCONTINUED) | | |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | SUBTOTAL | $3,326.00 |
| | | FREIGHT | $30.00 |
| | | TOTAL | $3,356.00 |

**THANK YOU FOR YOUR BUSINESS!**

# INVOICE

**RT DISTRIBUTORS**

3060 N. NELLIS BLVD. #16
LAS VEGAS, NV 89115
(702) 462-9838
roberthorne5534@yahoo.com

INVOICE NO.   1A00122
DATE   September 10, 2018

TO

DAVE SHEER GUNS
95 FOREST ROAD
BRAMLEY JOHANNESBURG
2192, SOUTH AFRICA

ETS GROUP

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 60 | GLK-17 GLOCK17, 17RD 9MM MAGAZINE | | |
| 50 | GLK-9-22 GLOCK 17, 22RD 9MM MAGAZINE | | |
| 60 | GLK-9-170 GLOCK 17,27RD 9MM MAGAZINE | | |
| 100 | GLK-18 GLOCK 18, 31RD 9MM MAGAZINE | | |
| 60 | GLK-19 GLOCK 19, 15RD 9MM MAGAZINE | | |
| 15 | GLK-26 GLOCK 26, 10RD 9MM MAGAZINE | | |
| 20 | GLK-43 GLOCK 43, 7RD 9MM MAGAZINE | | |
| 30 | GLK-43-9 GLOCK 43, 9RD 9MM MAGAZINE | | |
| 60 | GLK-43-12 GLOCK 43,12RD 9MM MAGAZINE | | |
| 10 | GLK-42 GLOCK 42, 7RD .380 MAGAZINE | | |
| 20 | GLK-42-9 GLOCK 42, 9RD .380 MAGAZINE | | |
| 30 | GLK-42-12 GLOCK 42, 12RD .380 MAGAZINE | | |
| 50 | AR15-30 AR15 30RD NON COUPLED MAGAZINE | | |
| 100 | AR15-30C AR15 30RD W/COUPLER MAGAZINE | | |
| 20 | ETSCAM-9 UNIVERSAL PISTOL MAG LOADER 9MM AND .40 CAL | | |
| 10 | ETSCAM-45 UNIVERSAL PISTOL MAG LOADER 45CAL | | |
| 20 | ETSCAM-RIFLE UNIVERSAL RIFLE MAG LOADER | | |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | SUBTOTAL | $9,072.70 |
| | | FREIGHT | $40.00 |
| | | TOTAL | $9,112.70 |

**THANK YOU FOR YOUR BUSINESS!**