# EXHIBIT 3

December 11, 2019

To Whom It May Concern,

My wife and I came to South Africa as missionaries in 1976 with Biblical Ministries Worldwide and continue to make our residence here.

We first met Gareth and Barbara Denysschen at one of our church services about six years ago. We have developed a very close relationship with them. My wife has lunch with Barbara every week and their little girl Ella Mae is like a grand daughter to us. They continue to regularly attend our Sunday morning service at Sandton Bible Church on Leslie Road in Douglasville.

We have always regarded both Gareth and Barbara as a couple with great honesty and integrity. They both have a spirit of kindness and generosity. We highly recommend them as a hard working and committed couple.

Tom and Marilyn Wilson

*Thomas E. Wilson*