# EXHIBIT 6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. THORNE, JR.; BARBARA J. DENYSSCHEN; DAVE SHEER GUNS; DIPLOPOINT; SOUTHERN ARMS; PRETORIA ARMS PTY LTD; and G AND D GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of U.S. Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Bureau of Political Military Affairs, U.S. Department of State; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary for Defense Trade Controls, Bureau of Political Military Affairs, U.S. Department of State,<br><br>Defendants. | Case No. 2:19-cv-01982-JCM-EJY<br><br>**SUPPLEMENTAL AFFIDAVIT OF BARBARA J. DENYSSCHEN IN SUPPORT OF:**<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

PROVINCE OF GAUTENG        )
                                                     )
CITY OF JOHANNESBURG    )

    I, Barbara J. Denysschen, declare as follows:

    1.    I am a United States citizen, residing in South Africa.

    2.    I have two children with Gareth Denysschen, one of which (Ella Mae) is my biological daughter and a United States citizen. The other child is from Gareth's previous marriage. We also have another child on the way, who will be a United States citizen.

    3.    Dave Sheer Guns, Diplopoint, Southern Arms, Pretoria Arms Pty Ltd, and G and D Group (collectively, the "Dave Sheer entities") are South African private companies.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.      My children and I are the sole owners of the Dave Sheer entities.

5.      More specifically, Dave Sheer Guns, Diplopoint, Southern Arms, and G&D Group are owned by the Denysschen Business Trust. The Business Trust is owned by the Denysschen Family Trust. I own 50% of the Family Trust. My children are the other owners of the Family Trust. Pretoria Arms is owned by the AppleMac Trust, which is in turn owned by the Denysschen Family Trust.

FURTHER AFFIANT SAYETH NOT.

DATED this 13th day of December 2019.

_Barbara J. Denysschen signature_

_____

Barbara J. Denysschen