# **EXHIBIT 7**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. THORNE, JR.; BARBARA J. DENYSSCHEN; DAVE SHEER GUNS; DIPLOPOINT; SOUTHERN ARMS; PRETORIA ARMS PTY LTD; and G AND D GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of U.S. Department of State; DIRECTORATE OF DEFENSE TRADE CONTROLS, Bureau of Political Military Affairs, U.S. Department of State; MIKE MILLER, in his official capacity as Acting Deputy Assistant Secretary for Defense Trade Controls, Bureau of Political Military Affairs, U.S. Department of State,<br><br>Defendants. | Case No. 2:19-cv-01982-JCM-EJY<br><br>**SUPPLEMENTAL AFFIDAVIT OF ROBERT D. THORNE, JR., IN SUPPORT OF:**<br><br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

STATE OF NEVADA   )
                 )
COUNTY OF CLARK  )

I, Robert D. Thorne, Jr., declare as follows:

1. I am a United States citizen, residing in Las Vegas, Nevada.

2. I am registered with the U.S. Department of State Directorate of Defense Trade Controls ("DDTC") as a defense article exporter.

3. My export business is a family business, built upon my relationship with Barbara Denysschen, my daughter.

4. My sole business involves exports to Dave Sheer Guns, Diplopoint, Southern Arms, Pretoria Arms Pty Ltd, and/or G and D Group (collectively, the "Dave Sheer entities").

5. My daughter is a beneficial owner of the Dave Sheer entities.

6. The Dave Sheer entities are my only export customers.

7. I do not have any leads, connections or other means that would realistically allow me to develop new overseas customers.

8. DDTC's de facto debarment of the Dave Sheer entities and my daughter will eliminate my business.

FURTHER AFFIANT SAYETH NOT.

DATED this 12 day of December 2019.

_____
Robert D. Thorpe, Jr.

- 2 -