ANTHONY J. COPPOLINO
Deputy Branch Director
JULIA A. HEIMAN
Senior Counsel
Federal Programs Branch
CHRISTOPHER A. BATES
Senior Counsel
MATTHEW J. GLOVER
Senior Counsel
Office of the Assistant Attorney General
Civil Division, U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8480
Facsimile:  (202) 616-8460
Email: Julia.Heiman@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. THORNE, JR., *et al.*, | ) |
| Plaintiffs, | ) Case No: 2:19-cv-01982-JCM-EJY |
| v. | ) |
| U.S. DEPARTMENT OF STATE, *et al.*, | ) **Unopposed Motion for Extension of Time To Submit Joint Status Report (First Request)** |
| Defendants. | ) |

Under the Court's January 14, 2020 Order, the parties must submit a joint status report on January 7, 2021, twenty-one days after the completion of appellate proceedings. *See* ECF No. 30. Defendants respectfully seek an extension of one week, until January 14, 2021, to submit that joint status report, and Plaintiffs do not oppose that request. Pursuant to Local Rule IA 6-1(a), Defendants note that this is the first request for an extension of the deadline for this joint status report.

Undersigned counsel was assigned to the instant case just one week ago, on December 31, 2020, upon the departure of Defendants' prior counsel from the Department of Justice. *See* E.

Soskin Mot. to Withdraw, ECF No. 35. Although undersigned counsel has begun to confer with Plaintiffs' counsel regarding proposed further proceedings in this case, they have not yet had an opportunity to complete that process. The brief unopposed extension requested herein would permit the parties an opportunity to try to reach an agreement regarding the next steps in this litigation, or at least to narrow the issues in dispute. Accordingly, the Defendants respectfully ask that the Court extend the deadline for the parties' joint status report from January 7, 2021 to January 14, 2021.

Dated: January 7, 2021    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JOHN V. COGHLAN
Deputy Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
CHRISTOPHER A. BATES
Senior Counsel
MATTHEW J. GLOVER
Senior Counsel

*/s/ Julia A. Heiman*
JULIA A. HEIMAN
Senior Counsel
Civil Division, U.S. Department of Justice
1100 L Street, NW
Washington, DC 20003
julia.heiman@usdoj.gov
Phone: (202) 616-8480
Fax: (202) 616-8470
*Counsel for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _January 8, 2021_____