# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT D. THORNE, JR., *et al.*,

            Plaintiffs,

vs.

U.S. DEPARTMENT OF STATE, *et al.*,

            Defendants.

Case No. 2:19-cv-01982-JCM-EJY

**ORDER**

      Upon consideration of the Plaintiffs' Motion for Stay of Proceedings, and for good cause shown, it is hereby ORDERED that further proceedings on this matter are stayed.  This stay shall remain in effect until one or both of the parties move to lift the stay and the Court grants such motion upon good cause shown.

      It is FURTHER ORDERED that that the parties shall jointly file a status report every 60 days from the date of this order.

      DATED April 23 2021.

*James C. Mahan*
United States District Judge